

**08-CV-05591-CMP**

FILED _____ LO____
_____ RECEIVED

OCT 0 2 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

~~DOUGLAS JOHN MARTIN TOBIN~~
(Name of plaintiff)

Vs.

STATE OF WASHINGTON

PIERCE COUNTY

_____

_____

(Name of Defendants)

No. *C08-5591 RJB/JKA*

**CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983**

*7 - 4524 / ISSUED*

### I.   Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:  ☐ Yes  ☒ No

B. If your answer to "A" is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline).

_____

_____

1.   Parties to this previous lawsuit:

Plaintiff  DOUGLAS JOHN MARTIN TOBIN.
_____

Defendants STATE OF WASHINGTON, and PIERCE COUNTY . Individually.
_____

3.1 FD – Western District 1983

2. Court (give name of District)  Pierce County Superior court.

3. Docket Number  07-2-12633-9

4. Name of judge whom case was assigned  Superior Court Judge GARY STEINER

5. Disposition (For example, was the case dismisses as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)
   DISMISSED BECAUSE JUDGE FOUND ERRONEOUS TIME LIMIT.

   WAS APPEALED: COURT OF APPEALS DIVISION II. WITHDREW DUE TO STATE INTERFERENCE.

6. Approximate date of filing lawsuit. September 2007

7. Approximate date of disposition.  April 18th 2008

II.   Place of Present Confinement: Washington Correction Center. Shelton, WA

   A. Is there a prisoner grievance procedure available at this institution?
      ☒ Yes    ☐ No
   B. Have you filed any grievances concerning the facts relating to this complaint?
      ☐ Yes    ☒ No       If your answer is "NO", explain why not:
      DOES NOT PERTAIN TO THE DEPARTMENT OF CORRECTIONS

   C. Is the grievance process completed?        ☐ Yes        ☐ No

   If your answer is YES, **attach a copy of the FINAL Grievance Resolution for Any grievance concerning facts relating to this case.**

III.   Parties to this Complaint

   A. Name of Plaintiff:  Douglas Tobin                    Inmate No: 253648

      Address:  P.O. BOX 900, Cedar Hall A-12, Shelton, WA 98584
                Washington Correction Center

   (In item "B" below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item "C" for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant  STATE OF WASHINGTON   ; official position    N/A

   Place of employment    N/A

C. Additional Defendants; _____ PIERCE COUNTY. _____

The County and State of Washington are Represented by

the Attorney General of Washington's Patricia Fetterly

_____

_____

_____

IV.  Statement of Claim

(State here as briefly as possible the FACTS of your case.  Describe how each defendant is involved, including dates, places, and other persons involved.  Do not give any legal arguments or cite any cases or statues.  If you allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.)

BASIS OF ACTION.

Plaintiff entered into a Written Agreement and Contract with the Department of Wildlife, State of Washington, and Pierce County to Return Seized Property.

STATEMENT OF CLAIMS.

A)  That Plaintiff, Douglas John Martin Tobin, is the Plaintiff in this Complaint for Damages/Lost Property, and Resides in the State of Washington. His Current Address is;

DOUGLAS TOBIN #253648, WASHINGTON CORRECTION CENTER. P.O. BOX 900 Cedar Hall A-12,  Shelton, WA. 98584.

B). DEFENDANTS.

1)  Defendant (1) is the State of Washington, Itself due to the Fact it was the State of Washington that entered into Written Contract Agreement in Title.

Who is Represented by;

ATTORNEY GENERAL: PATRICIA FETTERLY.  7141 Clearwater Drive SW. - P.O. BOX 40126,  Olympia, WA 98504

2)  Defendant (2) Is the County of Pierce. Who in the Name of the State of Washington Entered into a Written Contract Agreement in Title.

And is Represented by;

ATTORNEY GENERAL: PATRICIA FETTERLY, 7141 Clearwater
Drive SW. - P.O. BOX 40126, Olympia, WA 98504

C)   That the Defendant the State of Washington, under
the Color of Law, and its Agents Breached a Written
Contract between Plaintiff, and Defendant.

D)   That Defendant Pierce County, and Agents acting
under the Color of Law, did Breach and Violate a
Written Contract between Plaintiff, and Defendant.

SEE ATTACHED PAGES.

**V.    Relief**

      (State briefly exactly what you want the court to do for you. Make no legal
      arguments. Cite no cases or statues.)

Plaintiff asks this court for Damages of $6.500.000.00
Million Dollars in Damages.

(1)  Plaintiff asks for $3.000.000.00 Dollars from Defendant's
for Actual Property Lost, Taken, And Seized. JOINTLY

(2)  Plaintiff asks for $2.000.000.00 Dollars in Interest since

(3)  March 18, 2002. On the Property or set at 12%. JOINTLY
Plaintiff asks the Court for $1.500.000.00 from Defendant
Pierce County Individually for Punitive Damages. And Direct
Damages.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___10___ day of ___1___, ___0 8___.

                                (Signature of plaintiff)

3.1 FD – Western District 1983

CLAIMS CONTINUED.

E)   Plaintiff's personal property was Seized by Pierce County for the State of Washington.

F)   That as per Agreement Plaintiff was to Receive his Personal Property.

G)   That the State of Washington and Pierce County did not Return All the Personal Property Seized.

H)   That the Agreement between the Defendants and Plaintiff was not Honored.

I)   The Defendant Pierce County Failed to Enforce the Court Ordered Agreement bewteen the State of Washington and Plaintiff.

J)   The Defendant's still have/had Plaintiff's Personal Property, or it has been Divided, (between State, WDF, and Pierce county) Lost, Sold, But never Returned to Plaintiff.

STATEMENT OF FACTS.

That on March 18th 2002, Plaintiff was Arrested by Washington Department of Wildlife (WDF hereinafter) and Pierce County Sheriffs. For the crimes of Theft of Geoduck-Crab, and Crab.

The Pierce Sheriff's department and WDF seized Boats and all Related Gear, and personal effects from <u>King County</u>, and Pierce County. Cars, Vans, Trucks, and Personal Property, Bank Accounts, Business Materials, from Pierce, and Mason Counties.

The Total amount of Property taken was in excess of $2.500.000.00 to $3.000.000.00 Dollars. (plaintiff believes its more but has never got an accurate seizure list)

On December 10th 2003, more than a Year after seizure, the WDF, State of Washington, and Pierce County came to an Agreement that the State and Pierce County would Return All Personal Property. For Forfeiture of the Boats, And Some Equipment, Alleged Crab Pots. And other items. (nothing specified.)

The Seizure, was Under Cause Number 02-1-01236-3. And then some 10 Months Later, another Charged Crime was Added, and the Forfeiture was Under a Different Cause Number 02-1-05810-0.

Plaintiff's Daughter, when retrieving the Personal Property was given a Few Bags of Garbage by WDF Agents.

ADDITIONAL PAGE  2 of 4

She did not know what Property was to be Returned since There had never been an Accurate Statement of Seized Items, not was there Formal Findings as to What Property other than Personal that was to be returned.

During this Time. Plaintiff was on a Direct Appeal (State v. Tobin, 161 Wn.2d 517 (2007).

Plaintiff Filed a Tort Claim with the State of Washington, based upon the Property that was to be Returned only.

The State Risk Office Denied the Claim. Final Denial was April 26, 2007. Stating that there was a **Three (3) Year Time Limit.**

Plaintiff, Motioned the Pierce County Superior Court in April 2007 to Terminate the Agreement due to the State's failure to Comply with the Agreement. And the Agreement was Based upon a Cause number in which No Search Warrants Existed.

The Pierce County Superior Court Ignored the Motion. And Plaintiff believes the Court Denied it on July 29th 2007.

Plaintiff then filed a 42 U.S.C. 1983 in the Pierce County Court for Return of All of his Property. Based upon the fact that the State did not Return the Property Agreed too. And that the Seizure was illegal, because it was Based upon Charging Documents, and Search Warrants that did not Exist at the time of the Seizure.

ADDITIONAL PAGE 3 of 4

The Defendant's Admitted that there was a Signed Contract.

The Defendant's Admitted they did not Return All Property.

The Pierce County Court on February 15th 2008 Ruled that the Time Limitation of <u>Two Years</u> applied and not did not go by "Contract Agreements of Six Years, of RCW 4.16.040 (liability in written agreements), but by the Forfeiture Time Limit upon a Statute..

Further, the Court only Ruled as to One Defendant and left the other open.!

When Plaintiff tried to Appeal to the Washington Appellate Courts. The Pierce County Court Clerk Blocked all attempts to Retrieve the Records of the Court. And Plaintiff after being threatened with "Fines" "Dismissal" and None Compliance by the Courts withdrew from that Court and is now before this Court.

Respectfully

Dated this __/0__ day of __-/-____, /2008

ADDITIONAL PAGE 4 of 4

AGREEMENT ON RETURN OF PROPERTY.

28826  12/11/2883  88827

ORIGINAL

FILED
DEPT. 11
IN OPEN COURT

DEC 1 0 2003

Pierce County Clerk

By........................
DEPUTY

02-1-05810-0   20144627   STP   12-11-03

3
4
5
6            SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

7    STATE OF WASHINGTON,

8                                    Plaintiff,    CAUSE NO. 02-1-05810-0

                          vs.
9
      DOUGLAS JOHN MARTIN TOBIN,          STIPULATION ON FORFEITURE OF
10                                        PROPERTY
                                  Defendant.

11

12         The State of Washington represented by Deputy Prosecutor Tom L. Moore and the
      defendant DOUGLAS JOHN MARTIN TOBIN represented by Attorney Allen Ressler enter into
13    the following stipulation regarding the forfeiture of property, seized pursuant to a series of search
      warrants served on March 18th, 2002. The defendant was originally served with a Notice of
14    Seizure and Intent to Forfeit Property on March 22nd, 2002, under cause number 02-1-01236-3.
      The State subsequently filed an Amended Information under this cause number charging the
15    defendant with Leading Organized Crime.
           The State and the Defendant reach the following agreement:
16         The State will release to the defendant or his representative:
             One pair of binoculars
17    1/700   $850.00 seized from the defendant's person
             The State's lien on a 1969 Chevrolet Nova, license CV3982
18           The State's hold on two bank accounts located at Bank of America, Fife Washington,
             #16492605 and #70458401
19           Personal property found on the boat Typhoon to include, medicine bag, clothes, etc.

20

21         The rest of the property seized by the State will become the property of the State of
      Washington, Department of Fish and Wildlife, Statewide Enforcement Program. This includes
22    all property listed in the ( Attached) Notice of Intent to Forfeit, except that listed above, and any
      other property seized listed or not, to include: electronics on the boats seized, commercial fishing
23    gear, and weapons.

24

25

gencaption.dot                                            Office of the Prosecuting Attorney
                                                          930 Tacoma Avenue South, Room 946
                                                          Tacoma, Washington 98402-2171
                                                          Main Office  (253) 798-7400

20026 12/11/2002 00020

1    Tom L. Moore, DPA, #17542

2

3    Allen Ressler, Attorney for Defendant

4

5    Douglas John Martin Tobin

6

### COURT ORDER

7        The Court being fully advised in this matter and having reviewed the Stipulation of the Parties.

8

9    NOW HEREFORE

10      ORDERS that the property listed above shall be forfeited to the State of Washington, Department of Fish and Wildlife, Statewide Enforcement Program, except that property that by Stipulation is to be returned to the defendant.

11

12

13    DONE IN OPEN COURT this _16_ day of December, 2003.

14                    Judge, John A. MCCarthy

15

16

17

18

19

20

21

22

23

24

25

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

Z8826 12/11/2003 88829

4/1/2002 2837 88877

FILED
IN COUNTY CLERK'S OFFICE

A.M. MAR 2 9 2002 P.M.

PIERCE COUNTY, WASHINGTON
BY PAT BOUNE, COUNTY CLERK
BY_____DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

STATE OF WASHINGTON,

      Plaintiff,

      vs.

DOUGLAS JOHN MARTIN TOBIN,

      Defendant.

CAUSE NO. 02-1-01236-3

AMENDED NOTICE OF SEIZURE AND
INTENT TO FORFEIT PROPERTY

THE STATE OF WASHINGTON, having filed a criminal case under RCW 9A.82.060(1)(a) and

having seized the below listed property.  HEREBY, gives notice that pursuant to RCW 9A.82.120 the

State of Washington will seek to have the Courts enter an order forfeiting any interest DOUGLAS

JOHN MARTIN TOBIN has in the listed property. THE STATE WILL ALSO FILE  A CRIMINAL

PROFITEERING LIEN ON THE FOLLOWING ASSETS, PERSONAL PROPERTY,  OSTENSIBLY

OWNED BY DOUGLAS JOHN MARTIN TOBIN, WHO RESIDES AT 602 53RD AVENUE EAST,

PIERCE COUNTY, FIFE WASHINGTON, 98424.

NOTICE OF LIEN - 1

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171)
Main Office: (253) 798-7400

28826  12/11/2003 88938
4/1/2882 2837 89878

02-1-01236-3

| PROPERTY | IDENTIFICATION |
|---|---|
| 1969 Chevrolet, Nova | Wa. Lic. CV3982 |
| | Vin. #113279W402918, registered to |
| | DOUGLAS JOHN MARTIN TOBIN |
| 1992 Ford, Econoline, van | Wa. Lic. 18663H, registered to DOUGLAS |
| | JOHN MARTIN TOBIN |
| 1995 Ford, van | Wa. Lic. A97175B registered to |
| | DOUGLAS  JOHN MARTIN TOBIN |
| 1983 GMC, van | Wa. Lic. 247KNT registered to |
| | DOUGLAS  JOHN MARTIN TOBIN |
| 1991 Isuzu, van | Wa. Lic. 02683Y registered to DOUGLAS |
| | JOHN MARTIN TOBIN |
| 1996 Ford, pickup truck | Wa. Lic. A31306B registered to DOUGLAS |
| | JOHN MARTIN TOBIN |
| 1984 GMC, Jimmy | Wa. Lic. 961 JGU registered to Carrie B. |
| | Akre, P.O. Box Ashford, Wa. 98304 |
| 1989 LaConner/ AIDFC42 | "TYPHOON", WN 221 SXN, Hull #952867 |
| 42 ft. Commercial Fishing Vessel | Registered to DOUGLAS JOHN |
| And associated electronics/gear | MARTIN TOBIN |
| 1979 Boston Whaler, 20ft. | WN 9792 G Hull # BWL5328AM790 |
| With outboard engine | Registered to DOUGLAS JOHN |

Handwritten margin notes:
- ✓ (line 4)
- HOLD VIN VERIFICATION (lines 7–9)
- ✓ (line 10)
- ✓ (line 14)
- ✓ (line 17)
- ✓ (line 19)
- LIEN (lines 23–24)

NOTICE OF LIEN - 2

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

01/12/2004 16:22 FAX 253 798 7309          PIERCE COUNTY PROS ATTY                    ☒006

20825 12/11/2882 88631
4/1/2882 2837 88879

02-1-01236-3

MARTIN TOBIN

A 17 ft. Aluminum, bowpicker       WN 176 SXN, Hull has "SAM" transom

vessel, center console       In black letters

Two accounts located in Bank       Accounts #16492605 and #70458401

of America, Fife Branch

    THE STATE OF WASHINGTON CLAIMS DAMAGES IN THIS MATTER OF IN

EXCESS OF $3,000,000.00 (3 million dollars).

    DATE: 22nd March, 2002

                State of Washington

Tom L. Moore, DPA, WSB 17542

NOTICE OF LIEN - 3

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

TORT CLAIM



STATE OF WASHINGTON

# OFFICE OF FINANCIAL MANAGEMENT

RISK MANAGEMENT DIVISION

*300 General Administration Bldg • PO Box 41027, Olympia, WA 98504-1027*
*(360) 902-7303 • Fax (360) 586-1789 • www.ofm.wa.gov*

March 26, 2007

Douglas Tobin #253648
Washington Corrections Center
PO Box 900
Shelton WA 98584

Dear Mr. Tobin:

SUBJECT:     Claim #47750422

The Risk Management Division, Office of Financial Management, is in receipt of your claim, which was filed in our office on March 22, 2007. Please be advised that the Statute of Limitations for filing tort causes of action is three years. Since the incident described by you occurred over Three years ago, the Statute of Limitations has expired. Therefore, your claim against the State of Washington must be denied.

Sincerely,

K. Cleveland

K. Cleveland
Investigative Assistant



**STATE OF WASHINGTON**

OFFICE OF FINANCIAL MANAGEMENT

RISK MANAGEMENT DIVISION

*300 General Administration Bldg • PO Box 41027, Olympia, WA 98504-1027*
*(360) 902-7303 • Fax (360) 586-1789 • www.ofm.wa.gov*

April 26, 2007

Douglas Tobin 253648
Washington Corr Center
PO Box 900
Shelton, WA 98584

TO:    Douglas Tobin

SUBJECT:    Claim # 47750422

The Office of Financial Management, Risk Management Division, is in receipt of your letter dated April 15, 2007, where you allege the statute of limitations has not expired in your case. We disagree, and do believe the statute of limitations apply in your case, thus your claim against the State of Washington will remain denied.

Sincerely,

K. Cleveland

K. Cleveland

APPROXIMATE INVENTORY OF ITEMS SEIZED

**STATE OF WASHINGTON**
**DEPARTMENT OF FISH AND WILDLIFE**
**STATEWIDE INVESTIGATIONS UNIT**

**SEARCH WARRANT SERVICE RECORD**

**WARRANT NUMBER:**                          **ISSUING COUNTY:**

**DATE SERVED:**          **TIME SERVED:**          **TIME CLEARED:**
03-18-02                 0744
**BUSINESS/DEFENDANT:**

**ADDRESS SEARCHED:**

**SEARCH TEAM MEMBERS:**

O'Hagen/ _____ DUTIES: Search of electronics
Rhoten / Jewell DUTIES: Identify & Record Typhoon gear
Schroder / Anderson DUTIES: _____ "  _____ "  _____ "  "
_____ DUTIES: _____
_____ DUTIES: _____
_____ DUTIES: _____
_____ DUTIES: _____
_____ DUTIES: _____
_____ DUTIES: _____
_____ DUTIES: _____

**PERSONS/VEHICLES PRESENT AT SITE (CITED/SEIZED?):** _____

_____
_____
_____

**EVIDENCE SEIZED (GENERAL):** _____

_____
_____

**NOTES/COMMENTS :** _____

_____
_____

*Lt. O'Hagan*
*WDFW*

# Vessel Critical Profile

Name/ BLUE RAVEN DANCING        Primary VIN/ 952867        Call/        Flag/ US

| Alt VIN's | Type |
|---|---|
| 952867 | Official Number |
| T-1069 | Hull Number |

## ---Involved Parties---

| Role | Name | Party Id |
|---|---|---|
| Flag State | UNITED STATES | 833031 |
| Operator | DOUGLAS L. BLANKENSHIP | 303234 |
| Managing Owner | DOUGLAS TOBIN | 663517 |
| Managing Owner (Trustee) | DOUGLAS TOBIN | 663517 |

## ---Vessel Specifics---

Service/ Commercial Fishing Vessel | Gross Tons(GT ITC)/ | Hailing Port/ GIG HARBOR, WA
Propulsion/ | Gross Tons(GRT)/ 15 | Date Keel Laid/
oute/ : | Deadweight Ton/ | Date Delivered/
Ahead HorsePower/ | Length/ 42 (ITC)/ | Hull Material/ Aluminum
Astern HorsePower/ | Super Structure Color/ | Hull Color/
Class/ Fishing Vessel | Type/ Fish Catching Vessel | SubType/ General

## ---VDS Documents---

| Document | Activity # | Agency | Port | Issued | Expires | Status |
|---|---|---|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | | USCG | CO2VD | 02May2002 | 31May2003 | EXPIRED |

## ---Certificate/Document Status---

| Document | Activity # | Agency | Port | Issued | Expires | Status |
|---|---|---|---|---|---|---|
| Fishing Vessel Decal | 859702 | USCG | JUNMS | 18May1994 | | VALID |

## ---Hazardous Cargo Authority---

Vessel is NOT Authorized to carry Hazardous Cargo

***END***

# SQUAXIN ISLAND TRIBE
## APPLICATION FOR BOAT REGISTRATION

Registered Owner: _Douglus_ _John_ _ToBiN_
(first)      (middle)      (last)

Address: _602_ _53 RD_ _Ave E_ _Fife_ _98424_
(street)   (apt.#)   (city)   (zip code)

Legal Owner: _Same_    Address: _____

Boat Name: _Sam_    Mod-Year_____ Make _North west Work Boat_

Series/Body _Alum_   HIN#_____ Prev-Reg-No_____

Prev-Title-No_____ Coast Guard Documentation#_____

County of Moorage _Pierce_    Boat Type: _Fish_   Variety: HN / MC

Cabin Color____X____ Boat Color __Alum – Gray__ Length __18__

Comment: _____

I certify that the above information is true and correct to the best of my knowledge.

_____      _1 – 9 – 02_
SIGNATURE           DATE

**FOR OFFICE USE**      New ☐ Renewal ☐ Transfer ☐

Reg-No: WN-_221_-SXN   Decal-No:D _784288_   Month-Reg _01_   Reg-Exp _06_

I.D. Number 44 _221_   Type: GN   /Dive Variety: HN/MC Color _White/Alum/Gray_ Length _44_

_____      _1 – 9 – 02_
AUTHORIZED SIGNATURE      DATE

# SQUAXIN ISLAND TRIBE
## APPLICATION FOR BOAT REGISTRATION

Registered Owner: __Douglas__ __John__ __Tobin__
           (first)               (middle)             (last)

Address: __11414__ __Vipond DR N/w__ __Mrg Harbor Wn. 98329__
         (street)        (apt.#)        (city)       (zip code)

Legal Owner: __SeaFirst Bank__   Address: __2010 Nw Murket St.__
                                              __Seattle Wa. 98107__

(Typhoon)
Boat Name: __Blue Raven Dancaing__   Mod-Year __1989__   Make __Aluminum__
                                  __Laconner__       __Laconner__

Series/Body __AIDFC 42__ HIN# __952867__   Prev-Reg-No __Same__

Prev-Title-No _____ Coast Guard Documentation# __952867__

County of Moorage __Pierce__   Boat Type: __Stern-DNS__  Variety: HN / (MC)

Cabin Color __Aluminum__   Boat Color __Aluminum__   Length __42'__

Comment: __Will call in new Coast Guard #__

I certify that the above information is true and correct to the best of my knowledge.

_(signature)_                         __6-3-97__
SIGNATURE                         DATE

**FOR OFFICE USE**                  New ☑ Renewal ☐ Transfer ☐

Reg-No: WN __307__ -SXN  Decal-No: D __277355__  Month-Reg __6__  Reg-Exp __4/98__

I.D. Number: 44 __22__   Type GN __S__ / Dive Variety: HN /(MC) Color __Silver/Silver__ Length __42__

_(signature)_ Elizabeth L Yyper             __6-3-97__
AUTHORIZED SIGNATURE             DATE



# SQUAXIN ISLAND TRIBE

New:_____ Renewal:__X__ Transfer:_____

## TREATY VESSEL TITLE/REGISTRATION APPLICATION

| REG-NO | DECAL-NO | REG-EXP | YEAR | MO-REG |
|---|---|---|---|---|
| WN-221-SXN | D 384365 | 6/01 | 2000 | 9 |

| MOD-YEAR | MAKE | SERIES/BODY | HIN # |
|---|---|---|---|
| 1989 | LaConner | AIDFC42 | 952867 |

| COUNTY OF MOORAGE | PREV-REG-NO | PREV-TITLE-NO | STATE |
|---|---|---|---|
| Gig Harbor | N/A | N/A | WA |

| COMMENT: | |
|---|---|

| REGISTERED OWNER | LEGAL OWNER |
|---|---|
| Doug Tobin<br>602 53rd Ave E.<br>Fife, WA 98424 | SAME |

## I CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE AND COMPLETE

SIGNATURE OF REGISTERED OWNER (s)

*****************************************************************************

SUBSCRIBED AND SWORN TO BEFORE THIS ___21___ DAY OF ___Sept___, 2000

Elizabeth I. Yeahquo

NOTARY PUBLIC in and for the

STATE OF WASHINGTON, COUNTY OF MASON

My appointment expires: 7-11-03

VESSEL TITLE/REGISTRATION APPLICATION
THIS APPLICATION IS NOT PROOF OF OWNERSHIP

NATURAL RESOURCES DEPARTMENT / S.E. 3100 Old Olympic Hwy. Box 3 / Shelton, WA 98584
FAX 426-3971 / Phone (360) 426-9783

Pg 1

## Disposition of Tobin / Toulok Sfd. Evidence

### Misc. Property

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|------|-----------|-------------|-------------|----------|
| 04/02/2004 | | 2 Heavy Duty Coat Hangers | WDFW Corliss | |
| 04/02/2004 | | 1 pair-Rubber Booties | WDFW Corliss | |
| 04/02/2004 | | 3 Geoduck Cages | WDFW Dive Team | |
| 05/16/2004 | | 1990 225hp Evinrude Motor | State Surplus | 04-0826 |
| 09/29/2004 | 3540 | 16 Misc. Keys & Rings | Released to Prosecutor | |
| 09/29/2004 | 3541 | 18 Misc. Keys & Rings | Released to Prosecutor | |
| 09/29/2004 | | Compaq Presario 500 Series CP (Ser# 1X05DTY811S2) | Released to Prosecutor | |
| 04/02/2004 | | 3 Harvest Bags | WDFW Dive Team | |
| 04/02/2004 | | Gray Plastic Water Tight Case; Repair Kit | WDFW Dive Team | |
| 04/02/2004 | | Assorted Stainless Steel clips & fasteners | WDFW Dive Team | |
| | 0002 | Misc. keys | Held | Rtn? |
| | 0008 | Misc. keys | Held | Rtn? |

### Vehicles

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|------|-----------|-------------|-------------|----------|
| 08/02/2002 | | 1995 Ford Econoline Van (A97175B) | Repossessed/Released | |
| 04/30/2002 | | 1984 Maroon/White GMC Jimmy (961 JGU) | Returned/Released | |
| 05/17/2004 | | 1983 GMC Van (VIN# 2GTEG25HXD4508271) | State Surplus | 04-0833 |

### Boats

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|------|-----------|-------------|-------------|----------|
| 05/16/2004 | | 1979 Boston Whaler (VIN# BWL5328AM79G) | State Surplus | 04-0834 |
| XX/XX/2004 | | 17ft Aluminum Bowpicker skiff "WN 176 SXN" named "SAM" | WDFW Fish Program | |
| | | F/V Typhoon | Held | |

### Dive Gear

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|------|-----------|-------------|-------------|----------|
| 04/02/2004 | C-0010 | Atlantis Underwater Camera/Monitor (SN# J90900620) | Assigned to WDFW 160 | |
| 04/02/2004 | T-007 | Green tote; 2 Harveys Dive Suits;3 Nt hoods;1 Tuff wear bag | WDFW Dive Team | |
| 04/02/2004 | A002 | Bag with 2 Harveys Dive Helmets with manifolds; regulators compass, nylon bag with undergarments; gloves; portable lights 2 rubber pack supports | WDFW Dive Team | |

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|---|
| **Crab Pots** | | *lost mine* | *mine still out Nisara - 300* | |
| 04/09/2004 | 6123 | Crab Pot | State Surplus | |
| 04/09/2004 | 6124 | Crab Pot | State Surplus | |
| 04/09/2004 | 6125 | Crab Pot | State Surplus | |
| 04/09/2004 | 6126 | Crab Pot | State Surplus | |
| 04/09/2004 | 6127 | Crab Pot | State Surplus | |
| 04/09/2004 | 6128 | Crab Pot | State Surplus | |
| 04/09/2004 | 6129 | Crab Pot | State Surplus | |
| 04/09/2004 | 6130 | Crab Pot | State Surplus | |
| 04/09/2004 | 6131 | Crab Pot | State Surplus | |
| 04/09/2004 | 6132 | Crab Pot | State Surplus | |
| 04/09/2004 | 6133 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6134 | Crab Pot | State Surplus | |
| 04/09/2004 | 6135 | Crab Pot | State Surplus | |
| 04/09/2004 | 6136 | Crab Pot | State Surplus | |
| 04/09/2004 | 6137 | Crab Pot | State Surplus | |
| 04/09/2004 | 6138 | Crab Pot | State Surplus | |
| 04/09/2004 | 6139 | Crab Pot | State Surplus | |
| 04/09/2004 | 6140 | Crab Pot | State Surplus | |
| 04/09/2004 | 6141 | Crab Pot | State Surplus | |
| 04/09/2004 | 6142 | Crab Pot | State Surplus | |
| 04/09/2004 | 6143 | Crab Pot | State Surplus | |
| 04/09/2004 | 6144 | Crab Pot | State Surplus | |
| 04/09/2004 | 6145 | Crab Pot | State Surplus | |
| 04/09/2004 | 6146 | Crab Pot | State Surplus | |
| 04/09/2004 | 6147 | Crab Pot | State Surplus | |
| 04/09/2004 | 6148 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6149 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6158 | Crab Pot | State Surplus | |
| 04/09/2004 | 6159 | Crab Pot | State Surplus | |
| 04/09/2004 | 6160 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6161 | Crab Pot | State Surplus | |
| 04/02/2004 | 6162 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6163 | Crab Pot | WDFW Dive Team | |

Pg 3

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|------|-----------|-------------|-------------|----------|
| **Crab Pots** | | | | |
| 04/02/2004 | No Tag | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6165 | Crab Pot | State Surplus | |
| 04/09/2004 | 6166 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6167 | Crab Pot | State Surplus | |
| 04/09/2004 | 6168 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6169 | Crab Pot | State Surplus | |
| 04/09/2004 | 6170 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6171 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6172 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6173 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6174 | Crab Pot | State Surplus | |
| 04/09/2004 | 6175 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6176 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6177 | Crab Pot | State Surplus | |
| 04/09/2004 | 6178 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6179 | Crab Pot | State Surplus | |
| 04/02/2004 | 6180 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | No Tag | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6182 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6183 | Crab Pot | State Surplus | |
| 04/09/2004 | 6184 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6185 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6186 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6187 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6188 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6189 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6190 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6191 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6192 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6193 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6194 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6195 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6196 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6484 | Crab Pot | State Surplus | |

Date   Item/Evid#   Description   Disposition   GA Auth#

| Date | Item/Evld# | Description | Disposition | GA Auth# |
|---|---|---|---|---|
| **Crab Pots** | | | | |
| 04/02/2004 | 6561 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6562 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6563 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6564 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6565 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6566 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6567 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6568 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6569 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6570 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6571 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6572 | Crab Pot | State Surplus | |
| 04/09/2004 | 6573 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6574 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6575 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6576 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6577 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6578 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6579 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6580 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6581 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | No Tag | Crab Pot | State Surplus | |
| 04/02/2004 | 6583 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6584 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6585 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6586 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6587 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6588 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6589 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6590 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6591 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6592 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6593 | Crab Pot | WDFW Dive Team | |
| 04/02/2004 | 6594 | Crab Pot | WDFW Dive Team | |

Pg 5

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|---|

**Crab Pots**

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|---|
| 04/09/2004 | 6595 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6596 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6597 | Crab Pot | State Surplus | |
| 04/02/2004 | 6598 | Crab Pot | WDFW Dive Team | |
| 04/09/2004 | 6599 | Crab Pot | State Surplus | |

**GPS Units & Cellular Phones & Radios**

| Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|
| ? | Garmin GPS MAP 220 (Ser# 54202222) & cable | Held | |
| ? | Garmin GPS MAP 176 (Ser# 78002045) | Held | |
| 0001 | (J-001) Standard Submersible Portable Radio | Held | |
| 0015 | (P-001) Radio Shack Portable | Held | |
| 0036 | (P-003) Panasonic Cellular Phone | Held | |
| 0133 | (T-005) Nokia Cellular Phone | Held | |
| 0134 | (T-006) Car Charger for Nokia Cellular Phone | Held | |
| 1618 | (C-005) Panasonic Cellular Phone/Blk case & 12v charger | Held | |
| 1963 | (L-001) Standard Submersible Portable Radio | Held | |
| 7917 | Verizon Cellular Phone & desk charger | Held | |

**Ammunition**

| Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|
| 0012 | (P-001) (3) .243 bullets & red plastic case holder | Held | |
| 2313 | (A-037) Box- 7.65 ARG ammo | Held | |
| 2314 | (A-037) Box-.22 magnum ammo | Held | |
| 2315 | Ruger .22 Rifle magazine | Held | |
| 2316 | (A-037) Box-.22 LR ammo | Held | |
| 2317 | (A-037) Box-.22 magnum ammo | Held | |
| 2318 | (A-037) Box-.22 magnum ammo | Held | |
| 2319 | (A-037) Box-.243 ammo | Held | |
| 2320 | (A-037) Box-.22 LR ammo | Held | |
| 2321 | (A-037) Box-.22 magnum ammo | Held | |
| 2322 | (A-037) Box-.22 magnum ammo | Held | |
| 3061 | (B-003) Blk plastic box of .243 Rifle ammo | Held | |

vessel and seize with out federal law inforc-
or Tribal law enforcement - ??? know
witness that they boarded - started and skippered
vessel away - they can not start or run your
boat - suppose to Tow - Same with skiffs.
coast quard escort -

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>        vs.<br><br>DOUGLAS JOHN MARTIN TOBIN,<br><br>              Defendant. | CAUSE NO.  02-1-01236-3<br><br>NOTICE OF LIEN |

PURSUANT TO RCW 9A.82.120 THE STATE OF WASHINGTON, HAVING FILED A

CRIMINAL CASE, CLAIMS A CRIMINAL PROFITEERING LIEN ON THE FOLLOWING

ASSETS, PERSONAL PROPERTY,  OSTENSIBLY OWNED BY DOUGLAS JOHN MARTIN

TOBIN, WHO RESIDES AT 602 53RD AVENUE EAST, PIERCE COUNTY, FIFE WASHINGTON,

98424.

| PROPERTY | IDENTIFICATION |
|---|---|
| 1969 Chevrolet, Nova | Wa. Lic. CV3982 |

NOTICE OF LIEN - 1

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

MAR 29 2002 2:35PM   HP LASERJET 3200

02-1-01236-3

Vin. #113279W402918, registered to

DOUGLAS JOHN MARTIN TOBIN

1992 Ford, Econoline, van          Wa. Lic. 18663H, registered to DOUGLAS

JOHN MARTIN TOBIN

1995 Ford, van          Wa. Lic. A97175B registered to DOUGLAS

JOHN MARTIN TOBIN

1983 GMC,van          Wa. Lic. 247KNT registered to DOUGLAS

JOHN MARTIN TOBIN

1991 Isuzu, van          Wa. Lic. 02683Y registered to DOUGLAS

JOHN MARTIN TOBIN

1996 Ford, pickup truck          Wa. Lic. A31306B registered to DOUGLAS

JOHN MARTIN TOBIN

1984 GMC, Jimmy          Wa. Lic. 961 JGU registered to Carrie S.

Ahre, P.O. Box Ashford, Wa. 98304

1989 LaConner/ AIDFC42          "TYPHOON", WN 221 SXN, Hull #952867

42 ft. Commercial Fishing Vessel          Registered to DOUGLAS JOHN

And asssociated elctronics/gear          MARTIN TOBIN

1979 Boston Whaler, 20ft.          WN 9792 G Hull # BWL5328AM79G

With outboard engine          Registered to DOUGLAS JOHN

MARTIN TOBIN

A 17 ft. Aluminum, bowpicker          WN 176 SXN, Hull has "SAM" transom

NOTICE OF LIEN - 2

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171

## PROPERTY INVENTORY (continuation sheet)

/

| CITATION/CASE # | NAME: F/V Typhoon | | |
|---|---|---|---|
| TAG | PROPERTY DESCRIPTION (Include Serial #) | CUSTODY LOCATION HELD | DISPOSITION |
| C-001 | F/V Typhoon (#N-221-SXN) and all associated engines, compressors, equipment, etc. | Swantown, Olympia | |
| C-002 | Garmin GPS "map 220" plotter Serial # 54202222 w/ manual | Held by W158 | |
| C-003 | Roll of numerous log sheets containing Two(2) photographs one of F/V Typhoon & one of Tobin w/ female | JEDELL/ DENNY/ TASMAN | |
| C-004 | Notebook containing: Treaty Indian fish tickets, drawing of S. Puget Sound including Fox island, Vashon island, Maury island and Carr inlet, Manilla envelope containing certificate of registration for 1989 Aunt Indian Business license, Shellfish operation License from DOH (dated 10-06-98) | JEDELL/ DENNY/ TASMAN | |
| C-005 | Panasonic cellular telephone serial # 2NA5PIABCDEF | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____ W80

DATE: 03-18-02

CHAIN OF CUSTODY

| | |
|---|---|
| | |
| | |

DISTUTION OF COPIES:   WHITE = Storage Location       YELLOW = Captain       PINK = Headquarters

item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.

Page       of

## PROPERTY INVENTORY (continuation sheet)

| CITATION/CASE # | | NAME: F/V TYPHOON | |
|---|---|---|---|
| **TAG** | **PROPERTY DESCRIPTION** (Include Serial #) | **LOCATION HELD** | **DISPOSITION** |
| C 006 | 7 CHARTS | MAKOVINEY | WAREHS |
| CC07 | VESSEL REGISTRATION | MAKOVINEY " | " |
| C008 | MAINTENANCE BOOK/BLDG/BLK | MAKOVINEY " | " |
| C009 | DIVE LOG | MAKOVINEY " | " |
| C00-10 | VIDEO CAM, UNDERWATER  3/22/02 | BENSON/HGH | " |
| C00-11 | NIGHT VISION SCOPE  " " " | BENSON/HGH " | " |
| C00-12 | BINOCULAR SANDHK1  " " " | BENSON/HGH " | " |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____  DATE: 3/19/02
                                                              3/22/02 W&L

CHAIN OF CUSTODY

| | |
|---|---|
| | |
| | |

DISTRIBUTION OF COPIES:   WHITE = Storage Location        YELLOW = Captain        PINK = Headquarters

f item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.

# PROPERTY INVENTORY (Continuation Sheet)

| CITATION/CASE # 01-0011 | NAME: TOBIN, DOUG |
|---|---|

| TAG | PROPERTY DESCRIPTION (Include Serial #) | LOCATION HELD | DISPOSITION |
|---|---|---|---|
| | (2) Feathers | | |
| | (1) Bead Medallion | | |
| | (3) Video Tapes (damaged) | | |
| | (4) Pieces - Misc Underwear | | |
| | (1) Glasses Case | | |
| | (1) Bird Book | | |
| | (3) Bottles / Sky Blue | | |
| | (16) Cans / Sprite | | |
| | (1) Green towel | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____     DATE: 1/10/04

CHAIN OF CUSTODY: X W.A. Sammons JR #55

X C.A. Ludwig P #54

02 of 02

DISTRIBUTION OF COPIES:     WHITE = Storage Location     YELLOW = Captain     PINK = Headquarters

If item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters

4/10 - L[25]

# PROPERTY INVENTORY (property description sheet)

| CITATION/CASE # *01-0011* | | NAME: *TOBIN, DOUG* | |
|---|---|---|---|
| TAG | PROPERTY DESCRIPTION (Include Serial #) | LOCATION HELD | DISPOSITION |
| | (2) Turq. Blue Sleep Bags | | |
| | (2) Blu/Blk Coleman Sleep Bags | | |
| | (2) Red/Wht/Blu Pillows | | |
| | (1) Bedspread type quilt / Flowers | | |
| | (1) Dark Red/Blu quilt | | |
| | (1) Green Blanket | | |
| | (2) Tribal design quilts | | |
| | (1) Throw pillows   Seven (7) | | |
| | (2) Bed type pillows | | |
| | (1) Shave Kit | | |
| | (1) Columbia Boots | | |
| | (3) Coats | | |
| | (2) Pants | | |
| | (5) Shirts | | |
| | (10) Hats | | |
| | (1) Colt Brown Shoes | | |
| | (1) Coffee Maker  (1) Teapot | | |
| | (1) Box - Misc Kitchen/food consumables | | |
| | (2) Bib Coveralls | | |
| | (1) Outback type Jacket | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____     DATE: 1/16/04

CHAIN OF CUSTODY: W Garmon JR. #55

C R Brudsell #54

01-02

DISTRIBUTION OF COPIES:   WHITE = Storage Location     YELLOW = Captain     PINK = Headquarters

If item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.

Page     of     Pages

PIERCE COUNTY COURT RULING.

12024 2/20/2008 80851



07-2-12633-9   29201844   ORGSJ   02-19-08

FILED
DEPT. 10
IN OPEN COURT

FEB 1 5 2008

Pierce County Clerk
By _____ DEPUTY
Judge D. Gary Steiner
Department 10
Noted For: February 15, 2008

3
4
5
6
7
8
9                  **STATE OF WASHINGTON**
                   **PIERCE COUNTY SUPERIOR COURT**
10
     DOUGLAS TOBIN,                    NO. 07-2-12633-9
11
                   Plaintiff,          ORDER GRANTING DEFENDANT
12                                     STATE OF WASHINGTON'S
                   v.                  MOTION FOR SUMMARY
13                                     JUDGMENT
     STATE OF WASHINGTON and
14   PIERCE COUNTY,
15
16                 Defendants.
17          THIS MATTER having come before the Court on the motion of defendant

18   State of Washington, for summary judgment dismissal pursuant to Civil Rule 56 and the

19   defendant being represented by its attorneys of record, Robert M. McKenna, Attorney

20   General, and Assistant Attorney General Patricia C. Fetterly and the plaintiff appearing
                                   h_is attorney Kenneth S Kessler
21   by and through _____ and the Court having considered the records and files herein,

22   including:

23          1.     Declaration of Charles Pudwill with Exhibits A-D;

24          2.     Declaration of William Jarmon Jr. with Exhibits A-C;

25          3.     Declaration of Tom L. Moore with Exhibits A-I;

26

     ORDER GRANTING DEFENDANT          1          ATTORNEY GENERAL OF WASHINGTON
     STATE OF WASHINGTON'S MOTION                        Torts Division
     FOR SUMMARY JUDGMENT                            7141 Cleanwater Drive SW
                                                          PO Box 40126
                        CERTIFIED COPY             Olympia, WA 98504-0126
                                                         (360) 586-6300

12024 2/20/2008 00052

4.      Declaration of Stacey M. Tobin with Exhibit A;

5.      Declaration of Patricia C. Fetterly with Exhibit A;

and the Court being fully advised in the premises;

        NOW, THEREFORE, IT IS HEREBY

        ORDERED A JUDGED AND DECREED that defendant's State of Washington Motion

for Summary Judgment is GRANTED and the plaintiff's complaint is hereby dismissed with

prejudice as to defendant State of Washington.

        DONE IN OPEN COURT this ____ day of February, 2008.


                                        THE HONORABLE D. GARY STEINER DEPT. 10

Presented by:
ROBERT M. MCKENNA
Attorney General


PATRICIA C. FETTERLY WSBA#8425
Assistant Attorney General
Attorney for State Defendants


Approved as to
Form
        Kenneth S Kessler # 4721

FILED
IN OPEN COURT

FEB 15 2008

Pierce County Clerk
By _____ DEPUTY

ORDER GRANTING DEFENDANT                    2                ATTORNEY GENERAL OF WASHINGTON
STATE OF WASHINGTON'S MOTION                                          Torts Division
FOR SUMMARY JUDGMENT                                            7141 Cleanwater Drive SW
                                                                      PO Box 40126
                                                                  Olympia, WA 98504-0126
                                                                    (360) 586-6300