6628 10/3/2007 00130

CERTIFIED COPY

07-2-12633-9  28354795  CMP  10-02-07

IN THE SUPERIOR COURT OF WASHINGTON

IN AND FOR PIERCE COUNTY.

DOUGLAS TOBIN,         :    NO: __07 2 12633 9__
                      :
        Plaintiff,    :
                      :
    V                 :    CLAIM FOR DAMAGES
                      :    PURSUANT RCW 4.92.020
STATE OF WASHINGTON   :    42 U.S.C. 1983
PIERCE COUNTY,        :                    FILED
                      :          IN COUNTY CLERK'S OFFICE
    Defendants,    :
                      :    A.M.  OCT - 1 2007  P.M.

                           PIERCE COUNTY WASHINGTON
                           KEVIN STOCK, County Clerk
                           BY_____DEPUTY

### A. IDENTITY OF PARTY.

COMES NOW THE PLAINTIFF, Douglas John Martin Tobin. and makes the following Claim against the State of Washington and the County of Pierce.

### B. JURISDICTION AND VENUE.

Jurisdiction and Venue in this case is brought forth pursuant to RCW 4.92,010., and RCW 4.96.010.

The County of Pierce, and the State of Washington itself are named as Defendant's for actions caused under the Color of Law of the State.

### C. BACKGROUND FACTS.

Plaintiff, as part of a Prior Agreement with the State of Washington and the County of Pierce was to receive Personal Property that was Seized by the State. See attached List of Personal Property. Appendix B.

CLAIM FOR DAMAGES        (1)

The Property was not Returned and is still Retained by the State of Washington.

Plaintiff presented his Claim to the Washington State Risk Management Department. Who would not Honor a Claim for Damages.

Further, the Actions of the State of Washington, Pierce county, and the Risk Management all have Violated a Court Order of the Pierce County Court to return said Property in which Plaintiff has a Liberty Interest therein. See Attached Appendix A.

The Failure of the State of Washington and Pierce County Constitute Breach of Contract. Thus making the Breach of Agreement to the Original Agreement and under Washington Law Plaintiff entitled to either Enforcement of the Agreement or rendering the Proceeding null and void.

### D. CLAIMS AND CAUSE OF ACTION.

A.    PLAINTIFF.

1)    The Plaintiff, Douglas John Martin Tobin, is the Plaintiff, And resides in the State of Washington. His Address is:

| | |
|---|---|
| 1002 South State St. | 2321 Dayton Airport Rd. |
| Tacoma, Washington 98405 | P.O. BOX 900 |
| | Shelton, Washington 98584 |

B.    DEFENDANTS.

2)    The Defendant's, the State of Washington, and the County of Pierce Entered into a Written Agreement with

CLAIM FOR DAMAGES        (2)

Plaintiff to Return Personal Property of Plaintiff.

3) The Defendant's are Represented by the Attorney General of Washington State pursuant to RCW 4.92.010. And their address is;

> ATTORNEY GENERAL
> ROB M. McKENNA
> 1125 Washington Street
> P.O. BOX 40100
> Olympia, Washington 98504-0100

4) Plaintiff was prosecuted by the Pierce Court Superior Court for Theft.

5) Plaintiff's Personal Property was Seized by Defendant Pierce County while acting for the State of Washington on March 18, 2002 in a Criminal Matter.

6) The Property Seized by the County of Pierce for the State of Washington was estimated to be Over $3.000.000.00 Million Dollars. (see attached Appendix C. estimate sheet by Prosecuting attorney Moore)

7) Plaintiff was by Agreement Granted Return of His Personal Property which was Seized by the County of Pierce.

8) The State of Washington, and the County of Pierce did not Return Plaintiff's Personal Property when he sent his Representative. (see Sworn Statement of Stacy Tobin to retrieve his property from the Pierce County.

9) The Agreement with the State of Washington and Plaintiff was not Honored. Or Enforced as it was Written.

10) The County of Pierce failed to Enforce the Court

CLAIM FOR DAMAGES        (3)

Ordered Agreement between Plaintiff, and the State of Washington.

11) Defendant, Pierce County has/had Possession of all said Property. And is the Controlling Entity of the Personal Property of Plaintiff.

## E. DAMAGES SOUGHT.

Plaintiff asks that the Court award him Damages in the Amount of $6.000.000.00 Million Dollars.

Plaintiff asks for the amount of $6.000.000.00 Million Dollars for the following reasons.

a) The Actual Value of the Property at the time of Seizure was in Excess of $3.000.000.00 Million Dollars.

b) That Some Items Can Not Be Replaced. Either due to the Nature of the Items. (Divers Log Books, Captains Log Book, needed for maritime rules & reg.. Religious significance, Tools and mis. items)

c) Since the Seizure the Cost of the items for replacement value has increased.

d) Interest on the Amount owed to Plaintiff set by Statute of 12% Interests (RCW 4.56.110) makes $360.000.00 Thousand Dollars per year since December 10, 2003

e) Related Attorneys Fees and Costs accrued by Plaintiff.

## F. RELIEF SOUGHT.

Plaintiff Request that Judgment be entered against Defendant's as Follows;

CLAIM FOR DAMAGES          (4)

A) Award Plaintiff Specific amount of $6.000.000.00 Million Dollars Loss of Property.

B) Award Interest the Amount of Property as based by the State of Washington at 12% Interest since Entery of Order.

C) Award Replacement Costs to all Itemized Listed Property. and

D) Attorney Fees, Court Costs, and any othe additional relief that the Court finds.

Dated this 25 day of 9-07 , 2007.

Douglas John Martin Tobin.
Washington Correction Center
P.O. BOX 900
Shelton, WA 98584

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above
entitled Court, do hereby certify that this
foregoing instrument is a true and correct
copy of the original now on file in my office.
IN WITNESS WHEREOF, I hereunto set my
hand and the Seal of said Court this
____ day of FEB 12 2009 , 20 ____
Kevin _____
By _____ Deputy

CLAIM FOR DAMAGES        (5)

# APPENDIX A.

## AGREEMENT ON PROPERTY

26026 12/11/2007 00027

ORIGINAL



FILED
DEPT. 11
IN OPEN COURT

DEC 1 0 2003

Pierce County Clerk
By
DEPUTY

POOR QUALITY ORIGINAL

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

STATE OF WASHINGTON,

                    Plaintiff,

vs.

DOUGLAS JOHN MARTIN TOBIN,

                    Defendant.

CAUSE NO. 02-1-05810-0

STIPULATION ON FORFEITURE OF PROPERTY

The State of Washington represented by Deputy Prosecutor Tom L. Moore and the defendant DOUGLAS JOHN MARTIN TOBIN represented by Attorney Allen Ressler enter into the following stipulation regarding the forfeiture of property, seized pursuant to a series of search warrants served on March 18th, 2002. The defendant was originally served with a Notice of Seizure and Intent to Forfeit Property on March 22nd, 2002, under cause number 02-1-01236-3. The State subsequently filed an Amended Information under this cause number charging the defendant with Leading Organized Crime.

The State and the Defendant reach the following agreement:

The State will release to the defendant or his representative:

~~One pair of binoculars~~

$859.00 seized from the defendant's person

The State's lien on a 1969 Chevrolet Nova, license CV3982

The State's hold on two bank accounts located at Bank of America, Fife Washington, #16492605 and #70459401

Personal property found on the boat Typhoon to include, medicine bag, clothes, etc.

The rest of the property seized by the State will become the property of the State of Washington, Department of Fish and Wildlife, Statewide Enforcement Program. This includes all property listed in the ( Attached) Notice of Intent to Forfeit, except that listed above, and any other property seized listed or not, to include: electronics on the boats seized, commercial fishing gear, and weapons.

seteeption ds

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2177
Main Office: (253) 798-7400

JAN-14-2004 WED 10:23 AM    WDFW S10 MILL CREEK WH       425 319 2324        6628  10/3/2007  00137
01/12/2004 16:21 FAX 253 798 7303        PIERCE COUNTY PROS ATTY                              P. 03
                                                                                             ☑003

                                                          20826 12/11/2003 66528

1    Toni L. Moore, DPA #17542

2

3    Allen Ressler, Attorney for Defendant

4

5    Douglas John Mark Tobin

6

7                         **COURT ORDER**
         The Court being fully advised in this matter and having reviewed the Stipulation
8    of the Parties.

9        NOW HEREFORE

10       ORDERS that the property listed above shall be forfeited to the State of Washington,
     Department of Fish and Wildlife, Statewide Enforcement Program, except that property that by
11   Stipulation is to be returned to the defendant.

12
         DONE IN OPEN COURT this _10_ day of December, 2003.
13

14                                         Judge, John A. MCCarthy

15

16

17

18

19

20

21

22

23

24

25

gcnstapulos.dot

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

Z0026 12/11/2003 00029

4/1/2002 2037 00077

FILED
IN COUNTY CLERK'S OFFICE

A.M. MAR 2 9 2002 P.M.

PIERCE COUNTY, WASHINGTON
BY                              DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

STATE OF WASHINGTON,

              Plaintiff,

     vs.

DOUGLAS JOHN MARTIN TOBIN,

              Defendant.

CAUSE NO. 02-1-01236-3

AMENDED NOTICE OF SEIZURE AND
INTENT TO FORFEIT PROPERTY

THE STATE OF WASHINGTON, having filed a criminal case under RCW 9A.82.060(1)(a) and

having seized the below listed property.  HEREBY, gives notice that pursuant to RCW 9A.82.120 the

State of Washington will seek to have the Courts enter an order forfeiting any interest DOUGLAS

JOHN MARTIN TOBIN has in the listed property. THE STATE WILL ALSO FILE A CRIMINAL

PROFITEERING LIEN ON THE FOLLOWING ASSETS, PERSONAL PROPERTY, OSTENSIBLY

OWNED BY DOUGLAS JOHN MARTIN TOBIN, WHO RESIDES AT 602 53RD AVENUE EAST,

PIERCE COUNTY, FIFE WASHINGTON, 98424.

NOTICE OF LIEN - 1

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office (253) 798-7400

6628 10/3/2007 00139

JAN-14-2004 WED 10:24 AM    WDFW STU MILL CREEK WA    425 379 2324    P. 05
01/12/2004 18:22 FAX 253 798 7308    PIERCE COUNTY PROS ATTY    ☑005

20026 12/11/2003 00025
4/1/2002 2037 00070

02-1-01236-3

|  | PROPERTY | IDENTIFICATION |
|---|---|---|
| 4 | 1969 Chevrolet, Nova | Wa. Lic. CV3982 |
| 5 |  | Vin. #113279W402918, registered to |
| 6 |  | DOUGLAS JOHN MARTIN TOBIN |
| 7 | 1992 Ford, Econoline, van | Wa. Lic. 18661H, registered to DOUGLAS |
| 8 |  | JOHN MARTIN TOBIN |
| 9 | 1995 Ford, van | Wa. Lic. A97175B registered to |
| 10 |  | DOUGLAS JOHN MARTIN TOBIN |
| 11 |  |  |
| 12 | 1983 GMC, van | Wa. Lic. 247KNT registered to |
| 13 |  | DOUGLAS JOHN MARTIN TOBIN |
| 14 | 1991 Isuzu, van | Wa. Lic. 02683Y registered to DOUGLAS |
| 15 |  | JOHN MARTIN TOBIN |
| 16 |  |  |
| 17 | 1996 Ford, pickup truck | Wa. Lic. A313068 registered to DOUGLAS |
| 18 |  | JOHN MARTIN TOBIN |
| 19 | 1984 GMC, Jimmy | Wa. Lic. 961 JGU registered to Carrie B. |
| 20 |  | Ahre, P.O. Box Ashford, Wa. 98304 |
| 21 |  |  |
| 22 | 1989 LaConner/ AIDFC42 | "TYPHOON", WN 231 SXN, Hull #952867 |
| 23 | 42 ft. Commercial Fishing Vessel | Registered to DOUGLAS JOHN |
| 24 | And associated electronics/gear | MARTIN TOBIN |
| 25 | 1979 Boston Whaler, 20ft. | WN 9792 G Hull # BWLS328AM790 |
| 26 | With outboard engine | Registered to DOUGLAS JOHN |
| 27 |  |  |
| 28 | NOTICE OF LIEN - 2 |  |

HOLD
VIN
VERIFICATION

LIEN

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

02-1-01216-3

MARTIN TOBIN

A 17 ft. Aluminum, bowpicker                    WN 176 SXN, Hull has "SAM" transom

vessel, center console                          In black letters

Two accounts located in Bank                    Accounts #16492605 and #70458401

of America, Fife Branch

## THE STATE OF WASHINGTON CLAIMS DAMAGES IN THIS MATTER OF IN

EXCESS OF $3,000,000.00 (3 million dollars).

DATE: 22nd March, 2002

State of Washington

Tom L. Moore, DPA, WSB 17542

NOTICE OF LIEN - 3

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-1400

APPENDIX   B.

ITEMIZED LIST OF PROPERTY

*Lt. O'Hagan*
*WDFW*

# Vessel Critical Profile

**Name/ BLUE RAVEN DANCING**        Primary VIN/ 952867        Call/        Flag/ US

| Alt VIN's | Type |
|---|---|
| 952867 | Official Number |
| T-1069 | Hull Number |

## —Involved Parties—

| Role | Name | Party Id |
|---|---|---|
| Flag State | UNITED STATES | 833031 |
| Operator | DOUGLAS L. BLANKENSHIP | 303234 |
| Managing Owner | DOUGLAS TOBIN | 663517 |
| Managing Owner (Trustee) | DOUGLAS TOBIN | 663517 |

## —Vessel Specifics—

| | | |
|---|---|---|
| Service/ Commercial Fishing Vessel | Gross Tons(GT ITC)/ | Hailing Port/ GIG HARBOR, WA |
| Propulsion/ | Gross Tons(GRT)/ 15 | Date Keel Laid/ |
| Route/ : | Deadweight Ton/ | Date Delivered/ |
| Ahead HorsePower/ | Length/ 42  (ITC)/ | Hull Material/ Aluminum |
| Astern HorsePower/ | Super Structure Color/ | Hull Color/ |
| Class/ Fishing Vessel | Type/ Fish Catching Vessel | SubType/ General |

## —VDS Documents—

| Document | Activity # | Agency | Port | Issued | Expires | Status |
|---|---|---|---|---|---|---|
| CERTIFICATE OF DOCUMENTATION | | USCG | CO2VD | 02May2002 | 31May2003 | EXPIRED |

## —Certificate/Document Status—

| Document | Activity # | Agency | Port | Issued | Expires | Status |
|---|---|---|---|---|---|---|
| Fishing Vessel Decal | 859702 | USCG | JUNMS | 18May1994 | | VALID |

## —Hazardous Cargo Authority—

Vessel is NOT Authorized to carry Hazardous Cargo

***END***

# SQUAXIN ISLAND TRIBE
## APPLICATION FOR BOAT REGISTRATION

Registered Owner: __Douglas__ __John__ __Tobin__
(first)     (middle)     (last)

Address: __607__ __53 RD__ __Ave E__ __Fife__ __98424__
(street)     (apt.#)     (city)     (zip code)

Legal Owner: __Same__     Address: _____

Boat Name: __Sam__

Series/Body __Alum.__     HIN# _____     Make __North West Work Boat__

Prev-Title-No _____     Prev-Reg-No _____

Coast Guard Documentation# _____

County of Moorage __Pierce__     Boat Type: __Fish__     Variety: HN / MC

Cabin Color __X__     Boat Color __Alum - Gray__     Length __18__

Comment: _____

I certify that the above information is true and correct to the best of my knowledge.

SIGNATURE _____     DATE __1-9-02__

FOR OFFICE USE

Reg-No WN-221-SXN Decal No. D 784288     New ☐ Renewal ☐ Transfer ☐

Month-Reg __01__     Reg-Exp __06__

I.D. Number 44 __221__     Type GN     Dive Variety: HN / MC Color __Wht/Alum/Gry__ Length __44'__

AUTHORIZED SIGNATURE _____     DATE __1-9-02__

# SQUAXIN ISLAND TRIBE
## APPLICATION FOR BOAT REGISTRATION

Registered Owner: _Douglas_ _John_ _Tobin_
     (first)                    (middle)                    (last)

Address: _11414_ _Vipond Dr. NW_ _Gig Harbor Wn. 98329_
     (street)          (apt.#)                    (city)          (zip code)

Legal Owner: _Seafirst Bank_     Address: _2010 NW Market St._
_Seattle Wa. 98107_

_(Typhoon)_
Boat Name: _Blue Raven Dancing_     Mod-Year _1989_     Make _Laconner (Aluminum)_
_Laconnere_

Series/Body _AIDFC42_ HIN# _952867_     Prev-Reg-No _same_

Prev-Title-No_____ Coast Guard Documentation# _952867_

County of Moorage _Pierce_     Boat Type: _Stern-GAS_     Variety: HN / (MC)

Cabin Color _Aluminum_     Boat Color _Aluminum_     Length _42'_

Comment: _Will call in new Coast Guard #_

I certify that the above information is true and correct to the best of my knowledge.

SIGNATURE _[signature]_     DATE _6-3-97_

FOR OFFICE USE     New ☐ Renewal ☐ Transfer ☐
Reg-No WN-_201_ -SXN  Decal-No D_277354_  Month-Reg _6_     Reg-Exp _4/98_
I.D. Number #4_22_     Type GN _S_ / Dive Variety HN /(MC) Color _Silver/silver_ Length _42'_

AUTHORIZED SIGNATURE _Elizabeth L Yaper_     DATE _6-3-97_

# Disposition of Tobin / Toulok Sfd. Evidence

**Misc. Property**

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|---|
| 04/02/2004 | | 2 Heavy Duty Coat Hangers | WDFW Corliss | |
| 04/02/2004 | | 1 pair--Rubber Booties | WDFW Corliss | |
| 04/02/2004 | | 3 Geoduck Cages | WDFW Dive Team | |
| 05/16/2004 | | 1990 225hp Evinrude Motor | State Surplus | 04-0826 |
| 09/29/2004 | 3540 | 16 Misc. Keys & Rings | Released to Prosecutor | |
| 09/29/2004 | 3541 | 18 Misc. Keys & Rings | Released to Prosecutor | |
| 09/28/2004 | | Compaq Presario, 500 Series CP (Ser# 1X06DTY81152) | Released to Prosecutor | |
| 04/02/2004 | | 3 Harvest Bags | WDFW Dive Team | |
| 04/02/2004 | '2 - | Gray Plastic Water Tight Case, Repair Kit | WDFW Dive Team | |
| 04/02/2004 | | Assorted Stainless Steel clips & fasteners | WDFW Dive Team | |
| | 0002- | Misc. Keys | Held | Rtn? |
| | 0008 | Misc. Keys | Held | Rtn? |

**Vehicles**

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|---|
| 08/02/2002 | | 1995 Ford Econoline Van (A9?175B) | Repossessed/Released | |
| 04/30/2002 | | 1984 Maroon/White GMC Jimmy (861 JGU) | Returned/Released | |
| 05/17/2004 | | 1983 GMC Van (VIN# 2GTEG25HXD4508271) | State Surplus | 04-0833 |

**Boats**

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|---|
| 05/16/2004 | | 1979 Boston Whaler (VIN# BWL5328AM79G) | State Surplus | 04-0834 |
| XX/XX/2004 | | 17ft Aluminum Bowpicker skiff "WN 176 SXN" named "SAM" | WDFW Fish Program | |
| | | F/V Typhoon | Held | ?...? |

**Dive Gear**

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|---|
| 05/02/2004 | C-0010 | Atlantis Underwater Camera/Monitor (SN# J00900620) | Assigned to WDFW 160 | |
| 04/02/2004 | T-007 | Green tote; 2 Harveys Dive Suits; 3 hit hoods; 1 Tuff wear bag | WDFW Dive Team | |
| 04/02/2004 | A002 | Bag with 2 Harveys Dive Helmets with manifolds; regulators | WDFW Dive Team | |
| | | compass; nylon bag with undergarments; gloves; portable lights | | |
| | | 2 rubber neck supports | | |

## Crab Pots

| Date | Item/Evid# | Description | Disposition | GA Auth# | Pg 2 |
|---|---|---|---|---|---|
| 04/09/2004 | 6123 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6124 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6125 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6126 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6127 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6128 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6129 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6130 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6131 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6132 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6133 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6134 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6135 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6136 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6137 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6138 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6139 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6140 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6141 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6142 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6143 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6144 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6145 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6146 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6147 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6148 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6149 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6158 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6159 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6160 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6161 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6162 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6163 | Crab Pot | WDFW Dive Team | | |

Handwritten annotations: "Lot 3", "misc", "mine stolen out there ~ 300"

| Date | Item/Evid# | Description | Disposition | GA Auth# | Pg 3 |
|---|---|---|---|---|---|
| **Crab Pots** | | | | | |
| 04/02/2004 | No Tag | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6165 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6166 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6167 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6168 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6169 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6170 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6171 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6172 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6173 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6174 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6175 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6176 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6177 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6178 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6179 | Crab Pot | State Surplus | | |
| 04/02/2004 | 6180 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | No Tag | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6182 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6183 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6184 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6185 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6186 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6187 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6188 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6189 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6190 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6191 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6192 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6193 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6194 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6195 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6196 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6484 | Crab Pot | State Surplus | | |

| Date | Item/Evid# | Description | Disposition | GA Auth# | Pg 4 |
|------|-----------|-------------|-------------|---------|------|
| **Crab Pots** | | | | | |
| 04/02/2004 | 6561 | Crab Pot | WDFW Dive Team | | |
| 04/08/2004 | 6562 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6563 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6564 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6565 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6566 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6567 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6568 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6569 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6570 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6571 | Crab Pot | WDFW Dive Team | | |
| 04/08/2004 | 6572 | Crab Pot | State Surplus | | |
| 04/09/2004 | 6573 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6574 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6575 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6576 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6577 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6578 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6579 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6580 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6581 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | No Tag | Crab Pot | State Surplus | | |
| 04/02/2004 | 6583 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6584 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6585 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6586 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6587 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6588 | Crab Pot | WDFW Dive Team | | |
| 04/08/2004 | 6589 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6590 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6591 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6592 | Crab Pot | WDFW Dive Team | | |
| 04/09/2004 | 6593 | Crab Pot | WDFW Dive Team | | |
| 04/02/2004 | 6594 | Crab Pot | WDFW Dive Team | | |

| Date | Item/Evid# | Description | Disposition | GA Auth# |
|---|---|---|---|---|

**Crab Pots**

| Date | Item/Evid# | Description | Disposition |
|---|---|---|---|
| 04/09/2004 | 6595 | Crab Pot | WDFW Dive Team |
| 04/09/2004 | 6596 | Crab Pot | WDFW Dive Team |
| 04/09/2004 | 6597 | Crab Pot | State Surplus |
| 04/02/2004 | 6598 | Crab Pot | WDFW Dive Team |
| 04/09/2004 | 6599 | Crab Pot | State Surplus |

**GPS Units & Cellular Phones & Radios**

| Item/Evid# | Description | Disposition |
|---|---|---|
| ? | Garmin GPS MAP 220 (Ser# 54202222) & cable | Held |
| ? | Garmin GPS MAP 176 (Ser# 76002045) | Held |
| 0001 | (J-001) Standard Submersible Portable Radio | Held |
| 0015 | (P-001) Radio Shack Portable | Held |
| 0036 | (P-003) Panasonic Cellular Phone | Held |
| 0133 | (I-005) Nokia Cellular Phone | Held |
| 0134 | (I-005) Car Charger for Nokia Cellular Phone | Held |
| 1618 | (C-005) Panasonic Cellular Phone/Blk case & 12v charger | Held |
| 1963 | (L-001) Standard Submersible Portable Radio | Held |
| 7917 | Verizon Cellular Phone & desk charger | Held |

**Ammunition**

| Item/Evid# | Description | Disposition |
|---|---|---|
| 0012 | (P-001) (3) .243 bullets & red plastic case holder | Held |
| 2313 | (A-037) Box- 7.65 ARG ammo | Held |
| 2314 | (A-037) Box-.22 magnum ammo | Held |
| 2315 | Ruger .22 Rifle magazine | Held |
| 2316 | (A-037) Box-.22 LR ammo | Held |
| 2317 | (A-037) Box-.22 magnum ammo | Held |
| 2318 | (A-037) Box-.22 magnum ammo | Held |
| 2318 | (A-037) Box-.243 ammo | Held |
| 2319 | (A-037) Box-.22 LR ammo | Held |
| 2320 | (A-037) Box-.22 magnum ammo | Held |
| 2321 | (A-037) Box-.22 magnum ammo | Held |
| 2322 | (A-037) Box-.22 magnum ammo | Held |
| 3051 | (B-003) Blk plastic box of .243 Rifle ammo | Held |

PERSONAL INVENTORY SEIZED BY THE STATE OF WASHINGTON
FROM DOUGLAS JOHN MARTIN TOBIN.
INVENTORY LIST OF ITEMS SEIZED BY STATE OF WASHINGTON
AND NOT RETURNED PURSUANT COURT ORDER.

| ITEM | VALUE OF ITEM |
|---|---|
| 2 each. Turg Blue Sleeping Bags. | 900.00 |
| 2 each. Blu/Blk Coleman Sleeping Bages. | 300.00 |
| 2 each. Red/White pillows. | 200.00 |
| 1 each. Quilted Bed Spread | 400.00 |
| 1 each. Dark red/blue quilt. | 400.00 |
| 1 each. Green blanket. | 60.00 |
| 2 each. Tribal Quilts. | 600.00 |
| 7 each. Pillows miscellaneous. | 210.00 |
| 2 each. Bedroom pillows. | 180.00 |
| 1 each. Shave Kit. | 300.00 |
| 1 pair. Columbia Boots. | 80.00 |
| 3 each. Coats. | 600.00 |
| 2 pairs. Pants. | 120.00 |
| 5 each. Shirts | 150.00 |
| 10 each. Hats miscellaneous. | 150.00 |
| 1 each. Colt Brown Shoes. | 400.00 |
| 1 each. Coffee Maker/tea pot. | 100.00 |
| 2 each. Bib Coveralls. | 340.00 |
| 1 each. Outback Jacket. | 300.00 |
| 2 each. Eagle Feathers. (blessed by elders priceless) | 100.000.00 |
| 1 each. Medicine Bag. (gift from elders priceless) | 100.000.00 |
| 100 each. Movies VHS/DISC | 1.200.00 |
| 1 each. Glass case. | 1.700.00 |
| 1 each. Bird Guide Book. | 140.00 |
| 1 each. Garman GPS map 220 Plotter. | 1.500.00 |
| 1 set. Marine Log Sheet (can't be replaced) needs to be re-created or found for Maritime law, and Maritime use. | 100.000.00 |

Miscellaneous Personal Papers, need to be Found and Returned.

| | |
|---|---|
| 1 each. Celluar Phone. | 500.00 |
| 7 each. Maritime Charts. | 1.500.00 |
| 1 each. Vessel Registrations. | 10.000.00 |
| Several. Dive Logs needs to be replaced. | 50.000.00 |
| 1 each. Video Camera. | 800.00 |
| 1 each. Night Vision Scope. | 1.500.00 |
| 1 each. Binoculars. | 3000.00 |

NOT LISTED ON ANY SEIZURES.

BOAT EQUIPMENT.
Shackles, Deck Snaps, and Hardware. All Stanless Steal.          4000.00

DIVE GEAR.
2. Suites, Air tanks, Weight Belts, Communications Computer, Air Pumps, Hosing, Manifolds, Com System, lines, and assessors.          100.000.00

TOOLS.
Welder, Grinders, Cutting Torch, Wrenches, Vice, and assorted other tools.
                                                                9000.00

2 each. Generators.          3500.00.

For a total of  $491.400.00

     Douglas Tobin, also request that Interest on said items be issued since to Order of Return of Property on December 10, 2003, at the going Rate of 12% as the State would collect if it was Owed to the State.

# PROPERTY INVENTORY (continuation sheet)

| CITATION/CASE # 01-0011 | NAME: TOBIN, DOUG |

| TAG | PROPERTY DESCRIPTION (Include Serial #) | LOCATION HELD | DISPOSITION |
|---|---|---|---|
| never got | (2) Feathers — grand Father Eagle Blessed | | |
| " " | (1) Bead Medallion } medicine Bag | | |
| " " | (3) Video tapes (damaged) they damaged | | |
| " " | (4) Pieces — Misc Underwear | | |
| " " | (1) Glasses Case | | |
| " " | (1) Bird Book | | |
| " " | (3) Bottles / Sky Blue | | |
| " " | (16) Cans / Sprite | | |
| " " | (1) Green towel | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: 

DATE: 1/16/09

CHAIN OF CUSTODY  X W.A. Sammon JR #55

X C.K. Yadwell P #54

02 of 02

DISTRIBUTION OF COPIES: WHITE = Storage Location   YELLOW = Captain   PINK = Headquarters

If item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.

Page     of     Pages

# PROPERTY INVENTORY (continuation sheet)

| CITATION/CASE # 01-0011 | NAME: TOBIN, DOUG |
|---|---|

| TAG | PROPERTY DESCRIPTION (Include Serial #) | LOCATION HELD | DISPOSITION |
|---|---|---|---|
| never got | (2) Turq. Blue Sleep Bags | | |
| " " | (2) Blu/Blk Coleman Sleep Bags | | |
| " " | (2) Red/Wht/Blu Pillows | | |
| " " | (1) Bedspread type quilt/Flowers | | |
| " " | (1) Dark Red/Blu Quilt | | |
| " " | (1) Green Blanket | | |
| " " | (2) Tribal design quilts | | |
| " " | (7) Throw pillows Seven (7) | | |
| " " | (2) Bed type pillows | | |
| " " | (1) Shave Kit | | |
| " " | (1) Columbia Boots | | |
| " " | (3) Coats | | |
| " " | (2) Pants | | |
| " " | (5) Shirts | | |
| " " | (10) Hats | | |
| " " | (1) Colt Brown Shoes | | |
| " " | (1) Coffee Maker (1) Teapot | | |
| " " | (1) Box - Misc Kitchen food consumables | | |
| " " | (2) Bib Coveralls | | |
| " " | (1) Outback type Jacket | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____   DATE: 1/16/04

CHAIN OF CUSTODY X W R Farmison JR. #55
X C R Windell #54

01 102

DISTRIBUTION OF COPIES:   WHITE = Storage Location   YELLOW = Captain   PINK = Headquarters

If Item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.

Page ____ of ____ Pages

Exhibit A-1
Page 28

# PROPERTY INVENTORY (continuation sheet)

| CITATION/CASE # | NAME: F/V Typhoon | | |
|---|---|---|---|
| TAG | PROPERTY DESCRIPTION (Include Serial #) | CUSTODY LOCATION HELD | DISPOSITION |
| C-001 | F/V Typhoon (#N-221-SXN) and all associated engines, compressors, equipment, etc. | Swanbion, Olymph. | |
| C-002 | Garmin GPS "map 220" plotter serial #5420222 w/ manual | Held by W158 | |
| C-003 | Roll of numerous log sheets containing Two(2) photographs of F/V Typhoon + one of Tobin w/female | Federal / coml / Indian | |
| C-004 | Notebook containing: Treaty Indian Fish tickets, drawing of S. Puget Sound including Fox island, Vashon island, Mary island and Carr inlet, Manilla envelope containing certificate of registration for deck hand, indian Business license, Shellfish operation license from DOH (dated 10-06-98) | Federal / coml / Indian | |
| C-005 | Panasonic cellular telephone serial #2NA5PIABCDEF | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____ W80     DATE: 03-18-02

CHAIN OF CUSTODY

# PROPERTY INVENTORY (continuation sheet)

| CITATION/CASE # | | NAME: F/V TYPHOON | |
|---|---|---|---|
| TAG | PROPERTY DESCRIPTION (Include Serial #) | LOCATION HELD | DISPOSITION |
| C 006 | 7 CHARTS | MAKAVINEY | WORKEND |
| C007 | VESSEL (REGISTRATION) | MAKAVINEY | " " |
| C008 | MAINTENANCE BOOK /BLUE/BLK | MAKAVINEY | " Y |
| C009 | DIVE LOG | MAKAVINEY | " " |
| C00-10 | VIDEO CAM, UNDERWATER 3/22/02 | BENSON/MDPL | " |
| C00-11 | NIGHT VISION SCOPE " " " | BENSON/MDPL | " |
| C00-12 | BINOCULAR SANCHEZ " " " | BENSON/MDPL | " |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____  DATE: 3/19/02

CHAIN OF CUSTODY  3/22/02 408.

DISTRIBUTION OF COPIES:   WHITE = Storage Location      YELLOW = Captain      PINK = Headquarters

f Item Is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.



STATE OF WASHINGTON
## OFFICE OF FINANCIAL MANAGEMENT
RISK MANAGEMENT DIVISION
*300 General Administration Bldg • PO Box 41027, Olympia, WA 98504-1027*
*(360) 902-7303 • Fax (360) 586-1789 • www.ofm.wa.gov*

March 26, 2007

Douglas Tobin #253648
Washington Corrections Center
PO Box 900
Shelton WA 98584

Dear Mr. Tobin:

SUBJECT:     Claim #47750422

The Risk Management Division, Office of Financial Management, is in receipt of your claim, which was filed in our office on March 22, 2007. Please be advised that the Statute of Limitations for filing tort causes of action is three years. Since the incident described by you occurred over Three years ago, the Statute of Limitations has expired. Therefore, your claim against the State of Washington must be denied.

Sincerely,

K. Cleveland

K. Cleveland
Investigative Assistant

# APPENDIX   C.

## ESTIMATE OF   PROPERTY

1
2
3
4
5
6
7
8
9          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

10                 IN AND FOR THE COUNTY OF PIERCE

11

12   STATE OF WASHINGTON,

13                    Plaintiff,              CAUSE NO. 02-1-01236-3

14          vs.                               NOTICE OF LIEN

15   DOUGLAS JOHN MARTIN TOBIN,

16                    Defendant.

17

18   PURSUANT TO RCW 9A.82.120 THE STATE OF WASHINGTON, HAVING FILED A

19   CRIMINAL CASE, CLAIMS A CRIMINAL PROFITEERING LIEN ON THE FOLLOWING

20   ASSETS, PERSONAL PROPERTY, OSTENSIBLY OWNED BY DOUGLAS JOHN MARTIN

21

22   TOBIN, WHO RESIDES AT 602 53RD AVENUE EAST, PIERCE COUNTY, FIFE WASHINGTON.

23   98424.

24   PROPERTY                          IDENTIFICATION

25
26   1969 Chevrolet, Nova              Wa. Lic. CV3982

27

28   NOTICE OF LIEN - 1

02-1-01236-3

Vin. #113279W402918, registered to

DOUGLAS JOHN MARTIN TOBIN

1992 Ford, Econoline, van          Wa. Lic. 18663H, registered to DOUGLAS

JOHN MARTIN TOBIN

1995 Ford, van          Wa. Lic. A97175B registered to DOUGLAS

JOHN MARTIN TOBIN

1983 GMC,van          Wa. Lic. 247KNT registered to DOUGLAS

JOHN MARTIN TOBIN

1991 Isuzu, van          Wa. Lic. 02683Y registered to DOUGLAS

JOHN MARTIN TOBIN

1996 Ford, pickup truck          Wa. Lic. A31306B registered to DOUGLAS

JOHN MARTIN TOBIN

1984 GMC, Jimmy          Wa. Lic. 961 JGU registered to Carrie S.

Ahre, P.O. Box Ashford, Wa. 98304

1989 LaConner/ AIDFC42          "TYPHOON", WN 221 SXN, Hull #952867

42 ft. Commercial Fishing Vessel          Registered to DOUGLAS JOHN

And asssociated elctronics/gear          MARTIN TOBIN

1979 Boston Whaler, 20ft.          WN 9792 G Hull # BWL5328AM79G

With outboard engine          Registered to DOUGLAS JOHN

MARTIN TOBIN

A 17 ft. Aluminum, bowpicker          WN 176 SXN, Hull has "SAM" transom

NOTICE OF LIEN - 2

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171

02-1-01236-3

*vessel, center console*                    In black letters

THE STATE OF WASHINGTON CLAIMS DAMAGES IN THIS MATTER OF IN

EXCESS OF $3,000,000.00 (3 million dollars).

DATE: 22nd March, 2002

State of Washington

Tom L. Moore, DPA, WSB 17542

NOTICE OF LIEN - 3

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

APPENDIX   D.

**STATEMENT OF STACY TOBIN**

# AFFIDAVIT

STATE OF WASHINGTON ) SS:

)

COUNTY OF_____ )

)

STACEY TOBIN )

_____

I, Stacey Tobin, declare under penalty of perjury that the following statements within this affidavit are true and correct to the best of my knowledge and has been executed on this _23_ day of _November_____, 2004, at Texaco Gas Station (now known as Shell), in the County of Thurston Washington:

I swear under the penalty of perjury that I went in person to the Texaco parking lot located on the corner of Union and Plum to claim the property of my Father's, which was to be turned over to me. I was given several garbage bags of clothing, bedding, pillows, and rotten food, only no personal property of my Father's._____

The witnesses to this event were WDFW Agent Ed Volz, and Lt. Kevin Harrington and I was accompanied by Destery Schatz._____

_____

_____

Affiants Name

Affidavit pursuant to 28 U.S.C. 1746, Dickerson v.Wainwright, 624 F. 2d 1184 (1980); Affidavit sworn as true and correct under penalty of perjury and has full force of the law and does not have to be verified by Notary Public.

# AFFIDAVIT

# APPENDIX   E.

## RISK MANAGEMENT DENIAL



STATE OF WASHINGTON
## OFFICE OF FINANCIAL MANAGEMENT
RISK MANAGEMENT DIVISION
*300 General Administration Bldg • PO Box 41027, Olympia, WA 98504-1027*
*(360) 902-7303 • Fax (360) 586-1789 • www.ofm.wa.gov*

March 26, 2007

Douglas Tobin #253648
Washington Corrections Center
PO Box 900
Shelton WA 98584

Dear Mr. Tobin:

SUBJECT:     Claim #47750422

The Risk Management Division, Office of Financial Management, is in receipt of your claim, which was filed in our office on March 22, 2007. Please be advised that the Statute of Limitations for filing tort causes of action is three years. Since the incident described by you occurred over Three years ago, the Statute of Limitations has expired. Therefore, your claim against the State of Washington must be denied.

Sincerely,

K. Cleveland

K. Cleveland
Investigative Assistant



**STATE OF WASHINGTON**

# OFFICE OF FINANCIAL MANAGEMENT

RISK MANAGEMENT DIVISION

*300 General Administration Bldg • PO Box 41027, Olympia, WA 98504-1027*
*(360) 902-7303 • Fax (360) 586-1789 • www.ofm.wa.gov*

April 26, 2007

Douglas Tobin 253648
Washington Corr Center
PO Box 900
Shelton, WA 98584

TO:    Douglas Tobin

SUBJECT:   Claim # 47750422

The Office of Financial Management, Risk Management Division, is in receipt of your letter dated April 15, 2007, where you allege the statute of limitations has not expired in your case.  We disagree, and do believe the statute of limitations apply in your case, thus your claim against the State of Washington will remain denied.

Sincerely,

K. Cleveland

K. Cleveland