7235 10/18/2007 00142

CERTIFIED COPY



07-2-12633-9   28453966   ANAFDF   10-18-07

FILED
IN COUNTY CLERK'S OFFICE

A.M. OCT 17 2007 P.M.

PIERCE COUNTY WASHINGTON
KEVIN STOCK, County Clerk
BY_____DEPUTY

Judge D. Gary Steiner
Department 10

## STATE OF WASHINGTON
## PIERCE COUNTY SUPERIOR COURT

DOUGLAS TOBIN,

               Plaintiff,

        v.

STATE OF WASHINGTON and
PIERCE COUNTY,

               Defendants.

NO. 07-2-12633-9

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT STATE
OF WASHINGTON

COMES NOW the defendant State of Washington in answer to plaintiff's complaint entitled Claim For Damages Pursuant RCW 4.92.020 and 42 U.S.C. 1983, admits, denies, and alleges as follows:

### A.    IDENTITY OF PARTY

Defendant State of Washington admits that the plaintiff Douglas John Martin Tobin made a Claim against the State of Washington. Defendant State of Washington is without sufficient information to admit or deny the additional allegations in paragraph A.

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT STATE
OF WASHINGTON

1



Exhibit A-2
Page 41

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

7235 10/18/2007 00143

**B.     JURISDICTION AND VENUE**

The defendant State of Washington admits the allegations in paragraph B. that the County of Pierce and the State of Washington are named as defendants, but denies the remaining allegations contained therein.

**C.     BACKGROUND FACTS**

The defendant State of Washington admits that the defendants State of Washington and Pierce County entered into an agreement with plaintiff to return a small portion of the personal property that was seized during the course of plaintiff's arrest that took place on March 18, 2002.   The defendant State of Washington denies the remaining allegations contained in paragraph C. of plaintiff's complaint.

**D.     CLAIMS AND CAUSE OF ACTION**

A.     PLAINTIFF

1)     The defendant State of Washington admits the allegations in paragraph D., A(1) that plaintiff Douglas John Martin Tobin resides in the State of Washington at the Shelton Correction Center in Shelton, Washington.   The defendant State of Washington denies the remaining allegations contained in paragraph D., A(1).

B.     DEFENDANTS

2)     The defendant State of Washington admits the allegations in paragraph D., B(2) that the defendant State of Washington through defendant Pierce County entered into a written agreement with plaintiff to return certain items of personal property that were of minimum

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT STATE
OF WASHINGTON

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1 value and were not needed either as evidence in the criminal prosecutions against plaintiff and

2 all other property seized was subject to forfeiture pursuant to RCW 9A.82.060, and .120.

3    3)    Defendant State of Washington admits the allegation in paragraph D., B(3).

4    4)    Defendant State of Washington denies the allegations contained in paragraph D., B(4).

5 Defendant State of Washington alleges affirmatively that plaintiff in 2002 was charged by the

6 Pierce County Prosecuting Attorney with 10 counts of first degree trafficking in stolen

7 property, 27 counts of first degree theft, and one count of first degree conspiracy to commit

8 theft.  These charges arose out of an illegal harvest and sale of geoducks from January to

9 March of 2002.  Soon thereafter, plaintiff was charged by second amended information with 33

10 counts of first degree violation of commercial area or time, 33 counts of unlawful trafficking in

11 fish or wildlife, one count of first degree engaging in fish stealing activity unlicensed, one

12 count of first degree commercial fishing without a license, and 33 counts of failure to report

13 commercial fish, shellfish harvest or delivery.  These charges concerned the illegal harvest and

14 sale of crab from June 1, 2000 to February 5, 2002.  Plaintiff agreed to plead guilty to one

15 count of first degree theft in the geoduck case.  Plaintiff also plead guilty to reduced charges in

16 the crab case.  In exchange the State of Washington dropped 38 remaining charges and advised

17 plaintiff it would request an exceptional sentence, require that plaintiff forfeit all property

18 seized at the time of his arrest, seek over $1,200,000.00 in restitution in the geoduck case, and

19 $300,000.00 in restitution in the crab case.

20    5)    The defendant State of Washington admits the allegations contained in paragraph D.,

21 B(5) that items of plaintiff's personal property was seized on March 18, 2002 as part of the

22 criminal arrest, but denies the remaining allegations contained therein.

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT STATE
OF WASHINGTON

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

7235 10/18/2007 00145

6)   The defendant State of Washington denies the allegations contained in paragraph D., B(6).

7)   The defendant State of Washington admits the allegations in paragraph D., B(7) that by agreement following entry of the guilty pleas referred to in paragraph 4 herein that plaintiff was granted return of certain items of personal property which was seized at the time of his arrest to the extent that the personal property was not seized as evidence in the criminal prosecution and was of minimal value and would not subject to forfeiture.  All other property seized was voluntarily forfeited by plaintiff.

8)   The defendant State of Washington denies the allegations contained in paragraph D., B(8).

9)   The defendant State of Washington denies the allegations contained in paragraph D., B(9).

10)  The defendant State of Washington denies the allegations contained in paragraph D., B(10).

11)  The defendant State of Washington denies the allegations contained in paragraph D., B(11).

### E.   DAMAGES SOUGHT

Defendant State of Washington denies the allegations in paragraph E. in its entirety.

### F.   RELIEF SOUGHT

Defendant State of Washington denies the allegations contained in paragraph F.

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT STATE
OF WASHINGTON

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-2
Page 44

7235 10/10/2007 00146

By Way of FURTHER ANSWER and FIRST AFFIRMATIVE DEFENSE defendant State of Washington alleges as follows:

To the extent any contract was entered between plaintiff and the defendants State of Washington through Pierce County concerning the return of personal property, any such agreement has been satisfied in full and said claim is subject to dismissal based upon accord and satisfaction, waiver, and/or equitable estoppel.

By Way of FURTHER ANSWER and SECOND AFFIRMATIVE DEFENSE defendant State of Washington alleges that plaintiff's complaint fails to state a cause of action upon which relief can be granted.

By Way of FURTHER ANSWER and THIRD AFFIRMATIVE DEFENSE defendant State of Washington alleges that the damages and/or injuries sustained, if any, were proximately caused by the acts or omissions, both intentional and negligent, of third persons over whom defendant had no right of control whatsoever, including plaintiff's daughter, Stacy Tobin, who was designated by plaintiff to receive personal property being returned to him pursuant to agreement with the defendants, and defendant Pierce County.

By Way of FURTHER ANSWER and FOURTH AFFIRMATIVE DEFENSE defendant State of Washington alleges that the damages and/or injuries sustained, if any were proximately caused by the fault of plaintiff as defined by RCW 4.22.015.

By Way of FURTHER ANSWER and FIFTH AFFIRMATIVE DEFENSE defendant State of Washington alleges that if plaintiff suffered any damages, recovery is barred by collateral estoppel, res judicata and lack of subject matter jurisdiction.

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT STATE
OF WASHINGTON

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-2
Page 45

7235 10/18/2007 00147

1    By Way of FURTHER ANSWER and SIXTH AFFIRMATIVE DEFENSE defendant

2    State of Washington alleges that defendant at all times acted in good faith in the performance

3    of their duties and are therefore immune from suit for the matters charged in plaintiff's

4    complaint.

5    By Way of FURTHER ANSWER and SEVENTH AFFIRMATIVE DEFENSE

6    defendant State of Washington alleges that if plaintiff suffered any damages, recovery, is barred

7    by plaintiff's failure to mitigate said damages.

8

9    By Way of FURTHER ANSWER and EIGHTH AFFIRMATIVE DEFENSE defendant

10   State of Washington alleges that any employees of defendant State of Washington are subject

11   to qualified immunity.

12   By Way of FURTHER ANSWER and NINTH AFFIRMATIVE DEFENSE defendant

13   State of Washington alleges that any recovery by plaintiff is barred by reason of laches.

14

15   By Way of FURTHER ANSWER and TENTH AFFIRMATIVE DEFENSE defendant

16   State of Washington alleges that plaintiff's claims are barred by the statute of limitations.

17   By Way of FURTHER ANSWER and ELEVENTH AFFIRMATIVE DEFENSE

18   defendant State of Washington alleges that defendant State of Washington is immune from suit

19   for the matters charged in plaintiff's complaint.

20   Defendant State of Washington reserves the right to conduct further discovery and

21   amend its answer to include new additional defenses disclosed during the course of discovery.

22

23   WHEREFORE defendant State of Washington prays that plaintiff's complaint be

24   dismissed with prejudice and that plaintiff takes nothing further by their complaint, and that the

25

26

ANSWER AND AFFIRMATIVE              6
DEFENSES OF DEFENDANT STATE
OF WASHINGTON

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

7235 10/18/2007 00148

1 | defendant State of Washington be allowed its costs and reasonable attorney's fees incurred in

2 | the defense of this action.

3 |     DATED this __16__ day of October, 2007.

4

5 |         ROBERT M. MCKENNA
        Attorney General

6

7

8 |         PATRICIA FETTERLY, WSBA No. 8425
        Assistant Attorney General

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above
entitled Court, do hereby certify that this
foregoing instrument is a true and correct
copy of the original now on file in my office.
IN WITNESS WHEREOF, I hereunto set my
hand and the Seal of said Court this
_____, 20 _____
day of _____
Kevin _____ Deputy
By _____

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT STATE
OF WASHINGTON

7

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-2
Page 47

7235 10/18/2007 00149

## PROOF OF SERVICE

I certify that I caused to be served a copy of this document on all parties or their counsel of record on the date below as follows:

☑ US Mail Postage Prepaid via Consolidated Mail Service

☐ ABC/Legal Messenger

☐ State Campus Delivery

☐ Hand delivered by _____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this _____ day of October, 2007, at Tumwater, WA.

_____

TRACY JONES

ANSWER AND AFFIRMATIVE
DEFENSES OF DEFENDANT STATE
OF WASHINGTON

8

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-2
Page 48