CERTIFIED COPY

10285 1/4/2008 00147



IN COUNTY CLERK'S OFFICE
A.M. JAN 0 4 2008 P.M.
PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

Judge D. Gary Steiner
Department 10

**STATE OF WASHINGTON**
**PIERCE COUNTY SUPERIOR COURT**

| | |
|---|---|
| DOUGLAS TOBIN, | NO. 07-2-12633-9 |
| Plaintiff, | |
| v. | MOTION FOR SUMMARY JUDGMENT OF DEFENDANT STATE OF WASHINGTON |
| STATE OF WASHINGTON and PIERCE COUNTY, | |
| Defendants. | |

COMES NOW Defendant State of Washington by and through Robert M. McKenna, Attorney General of the State of Washington, and Patricia C. Fetterly, Assistant Attorney General, and pursuant to CR 56 moves this court for an order on summary judgment dismissing plaintiff's complaint with prejudice. This motion is based upon the files and records herein and upon the sworn declarations of William Jarmon Jr., Charles R. Pudwill, Tom L. Moore, Stacey M. Tobin and Patricia C. Fetterly.

MOTION FOR SUMMARY JUDGMENT
OF DEFENDANT STATE OF
WASHINGTON

1



ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-3
Page 49

10285 1/4/2008 00148

1  DATED this 21 day of December, 2007.

2
3              ROBERT M. MCKENNA
               Attorney General
4
5              _____
               PATRICIA FETTERLY, WSBA No. 8425
               Assistant Attorney General
6

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above
entitled Court, do hereby certify that this
foregoing instrument is a true and correct
copy of the original now on file in my office.
IN WITNESS WHEREOF, I hereunto set my
hand and the Seal of said Court this
___ day of FEB 12 2009, 20 ___
Kevin ...
By _____ Deputy

MOTION FOR SUMMARY JUDGMENT          2            ATTORNEY GENERAL OF WASHINGTON
OF DEFENDANT STATE OF                                         Torts Division
WASHINGTON                                             7141 Cleanwater Drive SW
                                                            PO Box 40126
                                                       Olympia, WA 98504-0126
                                                          (360) 586-6300

Exhibit A-3
Page 50

10205 1/4/2008 00149

**PROOF OF SERVICE**

I certify that I caused to be served a copy of this document on all parties or their counsel of record on the date below as follows:

☒ US Mail Postage Prepaid via Consolidated Mail Service

☐ ABC/Legal Messenger

☐ State Campus Delivery

☐ Hand delivered by _____.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 3rd day of January, 2008, at Tumwater, WA.

*Laurel B. DeForest*
LAUREL B. DeFOREST

MOTION FOR SUMMARY JUDGMENT
OF DEFENDANT STATE OF
WASHINGTON

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300