CERTIFIED COPY

10205 1/4/2008 00150



07-2-12633-9   28925111   DCLR   01-04-08

FILED
IN COUNTY CLERK'S OFFICE

A.M. JAN 04 2008 P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

Judge D. Gary Steiner
Department 10

## STATE OF WASHINGTON
## PIERCE COUNTY SUPERIOR COURT

| | |
|---|---|
| DOUGLAS TOBIN, | NO. 07-2-12633-9 |
| Plaintiff, | DECLARATION OF WILLIAM JARMON JR. |
| v. | |
| STATE OF WASHINGTON and PIERCE COUNTY, | |
| Defendants. | |

I, WILLIAM JARMON JR., make the following declaration under penalty of perjury:

1. My name is William Jarmon Jr. At relevant times my business address was 600 Capitol Way North, Olympia, Washington 98501. I am over the age of 18 and am competent to be a witness in this matter. I make this declaration based upon my own knowledge and belief.

2. During the period 2001 – 2004 I was employed as a detective in the Enforcement Program of the Washington State Department of Fish and Wildlife. During this period of time I was the lead detective involved in the investigation and prosecution of the plaintiff Douglas Tobin for suspected felony level theft and illegal commercialization of

DECLARATION OF
WILLIAM JARMON

1



ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-6
Page 90

10285 1/4/2008 00151

geoduck and other shellfish belonging to the State of Washington. After a lengthy investigation of suspected poaching activities on the part of Douglas Tobin, a warrant was issued for his arrest in March of 2002 along with a warrant to seize property that was relevant to his prosecution or represented the fruits of criminal activity. Items seized included several vessels, including the vessel Typhoon, bank accounts and records, equipment related to the vessels seized, several motor vehicles, navigational equipment, diving gear and other assorted items kept on the vessels seized or other items related to the alleged criminal conspiracy which was subject to prosecution by the Pierce County Prosecutor's Office in Pierce County Cause Numbers 02-1-0236-3, 02-1-05810-0 and 01-1-0499-4. A notice of forfeiture was filed in regard to all items seized by the Pierce County Prosecuting Attorney following Mr. Tobin's arrest. As part of a plea bargain agreement entered by Douglas Tobin in which he agreed to plead guilty to several counts of first degree theft and being a convicted felon in possession of a firearm, he agreed that all property seized would be forfeited and would be retained by the State of Washington.

On December 10, 2003, representatives of the Pierce County Prosecuting Attorney and Douglas Tobin entered into a Stipulation on Forfeiture of Property which provided that certain items of personal property found on the Typhoon having minimal value, cash, one vehicle and two bank accounts would be returned to Douglas Tobin or his representative. By the express terms of the Stipulation, all other property seized would remain the property of the State of Washington Department of Fish and Wildlife Statewide Enforcement Program. A copy of this Stipulation on Forfeiture of Property is attached hereto as Exhibit A.

DECLARATION OF
WILLIAM JARMON

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-6
Page 91

10285 1/4/2008 00152

3. On January 16, 2004, I and Detective Charles Pudwill, another Fish and Wildlife Enforcement Officer, met Stacey Tobin, daughter of Douglas Tobin, at a gas station located at the intersection of Union and Plum Streets in Olympia, Washington. The purpose of this meeting was to transfer certain items of personal property that had belonged to her father Douglas Tobin which had been seized on the vessel "Typhoon" at the time of Douglas Tobin's arrest in March of 2002. Stacey Tobin was designated by Douglas Tobin, who was then incarcerated, as his representative to receive personal property being returned to him pursuant to the Stipulation on Forfeiture of Property filed in Pierce County Cause No. 02-1-05810-0 dated December 10, 2003.

4. On this date Detective Pudwill and I transferred various items of personal property to Ms. Tobin that were being delivered to her as her father's representative. The items of personal property included sleeping bags, bedding, pillows, clothing, utensils, eagle feathers, a beaded bag, video tapes and other items of miscellaneous personal property. These items coincided with property described on the Stipulation as '[p]ersonal property found on the boat Typhoon to include medicine bag, clothes, etc." Stacey Tobin signed a receipt on January 16, 2004, at this meeting acknowledging that she received these items on her father's behalf. I personally witnessed her receive these items and sign the receipt which is attached hereto as Exhibit B. My signature appears on this document as does Detective Pudwill's signature. These items coincide with the first twenty four items listed on plaintiff Douglas Tobin's "Personal Inventory Seized by the State of Washington" which plaintiff filed in support of his tort claim filed against the State of Washington. A copy of this inventory is attached hereto as Exhibit C. The remaining items on this inventory (items twenty five

| DECLARATION OF WILLIAM JARMON | 3 | ATTORNEY GENERAL OF WASHINGTON<br>Torts Division<br>7141 Cleanwater Drive SW<br>PO Box 40126<br>Olympia, WA 98504-0126<br>(360) 586-6300 |
|---|---|---|

1  through the end of the list (the GPS plotter, marine log sheets, personal papers, cellular phone,
2  maritime charts, vessel registrations, diving logs, video camera, night vision scope and
3  binoculars) were retained as evidence related to the prosecution and were not covered by the
4  Stipulation dated December 10, 2003. Likewise, the boat equipment, diving gear, tools and
5  
6  generators were retained because they were either attached to the boat (generators and boating
7  equipment), were otherwise associated with the vessel that was forfeited or were associated
8  with the crimes committed and were retained as evidence and forfeited. These items were not
9  items designated to be returned to Mr. Tobin pursuant to the Stipulation dated December 10,
10 2003.
11 
12 I declare under penalty of perjury under the laws of the State of Washington, that the
   above declaration is true and correct to the best of my knowledge:
13 
14 DATED this 29th day of November, 2007, at TACOMA, Washington.

WILLIAM JARMON JR

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above
entitled Court, do hereby certify that this
foregoing instrument is a true and correct
copy of the original now on file in my office.
IN WITNESS WHEREOF, I hereunto set my
hand and the Seal of said County this
_____ day of FEB 12 2009, 20___
Kevin _____
By _____ Deputy

DECLARATION OF                    4                ATTORNEY GENERAL OF WASHINGTON
WILLIAM JARMON                                        Torts Division
                                                      7141 Cleanwater Drive SW
                                                      PO Box 40126
                                                      Olympia, WA 98504-0126
                                                      (360) 586-6300

10205 1/4/2008 00154

## PROOF OF SERVICE

I certify that I caused to be served a copy of this document on all parties or their counsel of record on the date below as follows:

- [X] US Mail Postage Prepaid via Consolidated Mail Service
- [ ] ABC/Legal Messenger
- [ ] State Campus Delivery
- [ ] Hand delivered by _____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 3rd day of January, 2008 at Tumwater, WA.

*Laurel B. DeForest* (signature)
LAUREL B. DeFOREST

DECLARATION OF
WILLIAM JARMON

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

10205 1/4/2008 00155

# EXHIBIT A

01/12/2004 16:21 FAX 253 798 7309   PIERCE COUNTY PROS ATTY

10205 1/4/2008 00156
20026 12/11/2003 00027

ORIGINAL

FILED
DEPT. 11
IN OPEN COURT
DEC 10 2003
Pierce County Clerk
By_____ DEPUTY

POOR QUALITY ORIGINAL

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| STATE OF WASHINGTON, | |
|---|---|
| Plaintiff, | CAUSE NO. 02-1-05810-0 |
| vs. | |
| DOUGLAS JOHN MARTIN TOBIN, | STIPULATION ON FORFEITURE OF PROPERTY |
| Defendant. | |

The State of Washington represented by Deputy Prosecutor Tom L. Moore and the defendant DOUGLAS JOHN MARTIN TOBIN represented by Attorney Allen Ressler enter into the following stipulation regarding the forfeiture of property, seized pursuant to a series of search warrants served on March 18th, 2002. The defendant was originally served with a Notice of Seizure and Intent to Forfeit Property on March 22nd, 2002, under cause number 02-1-01236-3. The State subsequently filed an Amended Information under this cause number charging the defendant with Leading Organized Crime.

The State and the Defendant reach the following agreement:
The State will release to the defendant or his representative:
~~One pair of binoculars~~
$850.00 seized from the defendant's person
The State's lien on a 1969 Chevrolet Nova, license CV3982
The State's hold on two bank accounts located at Bank of America, Fife Washington, #1649260S and #70458401
Personal property found on the boat Typhoon to include, medicine bag, clothes, etc.

The rest of the property seized by the State will become the property of the State of Washington, Department of Fish and Wildlife, Statewide Enforcement Program and include all property listed in the (Attached) Notice of Intent to Forfeit, except that listed above, and any other property seized listed or not, to include, electronics on the boats seized, commercial fishing gear and weapons.

getcaption.dot

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

EXHIBIT A

```
10205  1/4/2008  00157
20026 12/11/2003 00020
```

1  _____
   Tom L. Moore, DPA #17542

3  _____
   Allen Rossler, Attorney for Defendant

5  _____
   Douglas John Martin Tobin

## COURT ORDER

The Court being fully advised in this matter and having reviewed the Stipulation of the Parties,

NOW HEREFORE,

ORDERS that the property listed above shall be forfeited to the State of Washington, Department of Fish and Wildlife, Statewide Enforcement Program, except that property that by Stipulation is to be returned to the defendant.

DONE IN OPEN COURT this __10__ day of December, 2003.

_____
Judge, John A. McCarthy

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office (253) 798-7400

FW-0000005

10205 1/4/2008 00158

# EXHIBIT B

4/0-013

10285 1/4/2008 00159

## PROPERTY INVENTORY (continuation sheet)

| CITATION/CASE # 01-0011 | NAME: TOBIN, DOUG | | |
|---|---|---|---|
| TAG | PROPERTY DESCRIPTION (Include Serial #) | LOCATION HELD | DISPOSITION |
| | (2) Turq. Blue Sleep Bags | | |
| | (2) Blu/Blk Coleman Sleep Bags | | |
| | (2) Red/Wht/Blu Pillows | | |
| | (1) Bedspread type quilt / Flowers | | |
| | (1) Dark Red/Blu Quilt | | |
| | (1) Green Blanket | | |
| | (2) Tribal design quilts | | |
| | (7) Throw pillows Seven (7) | | |
| | (2) Bed type pillows | | |
| | (1) Shave Kit | | |
| | (1) Columbia Boots | | |
| | (3) Coats | | |
| | (2) Pants | | |
| | (5) Shirts | | |
| | (10) Hats | | |
| | (1) Colt Brown Shoes | | |
| | (1) Coffee Maker (1) Teapot | | |
| | (1) Box - Misc Kitchen/food consumables | | |
| | (2) Bib Coveralls | | |
| | (1) Outback type Jacket | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____  DATE: 1/16/04

CHAIN OF CUSTODY: X W R Harmon JR. #55
X C R Woodall #54

01 / 02

DISTRIBUTION OF COPIES:   WHITE = Storage Location   YELLOW = Captain   PINK = Headquarters

If item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.

EXHIBIT B

Page ___ of ___ Pages

Exhibit A-6
Page 99

10285 1/4/2008 00168

## PROPERTY INVENTORY (continuation sheet)

| CITATION/CASE # 01-0011 | NAME: TOBIN, DOUG | | |
|---|---|---|---|
| TAG | PROPERTY DESCRIPTION (Include Serial #) | LOCATION HELD | DISPOSITION |
| | (2) Feathers | | |
| | (1) Bead Medallion | | |
| | (3) Video tapes (damaged) | | |
| | (4) Pieces - Misc Underwear | | |
| | (1) Glasses Case | | |
| | (1) Bird Book | | |
| | (3) Bottles / Sky Blue | | |
| | (16) Cans / Sprite | | |
| | (1) Green towel | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____     DATE: 1/10/04

CHAIN OF CUSTODY X W.A. Cannon JR #55

X C.R. Wadell /#54

02 of 02

DISTRIBUTION OF COPIES:   WHITE = Storage Location     YELLOW = Captain     PINK = Headquarters

If item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.

Page      of      Pages

10205 1/4/2008 00161

# EXHIBIT C

PERSONAL INVENTORY SEIZED BY THE STATE OF WASHINGTON FROM DOUGLAS JOHN MARTIN TOBIN.
INVENTORY LIST OF ITEMS SEIZED BY STATE OF WASHINGTON AND NOT RETURNED PURSUANT COURT ORDER.

| ITEM | VALUE OF ITEM |
|---|---:|
| 2 each. Turg Blue Sleeping Bags. | 900.00 |
| 2 each. Blu/Blk Coleman Sleeping Bages. | 300.00 |
| 2 each. Red/White pillows. | 200.00 |
| 1 each. Quilted Bed Spread | 400.00 |
| 1 each. Dark red/blue quilt. | 400.00 |
| 1 each. Green blanket. | 60.00 |
| 2 each. Tribal Quilts. | 600.00 |
| 7 each. Pillows miscellaneous. | 210.00 |
| 2 each. Bedroom pillows. | 180.00 |
| 1 each. Shave Kit. | 300.00 |
| 1 pair. Columbia Boots. | 80.00 |
| 3 each. Coats. | 600.00 |
| 2 pairs. Pants. | 120.00 |
| 5 each. Shirts | 150.00 |
| 10 each. Hats miscellaneous. | 150.00 |
| 1 each. Colt Brown Shoes. | 400.00 |
| 1 each. Coffee Maker/tea pot. | 100.00 |
| 2 each. Bib Coveralls. | 340.00 |
| 1 each. Outback Jacket. | 300.00 |
| 2 each. Eagle Feathers. (blessed by elders priceless) | 100.000.00 |
| 1 each. Medicine Bag. (gift from elders priceless) | 100.000.00 |
| 100 each. Movies VHS/DISC | 1.200.00 |
| 1 each. Glass case. | 1.700.00 |
| 1 each. Bird Guide Book. | 140.00 |
| 1 each. Garman GPS map 220 Plotter. | 1.500.00 |
| 1 set. Marine Log Sheet (can't be replaced) needs to be re-created or found for Maritime Law, and Maritime use. | 100.000.00 |

EXHIBIT ___C___

Miscellaneous Personal Papers, need to be Found and Returned.

| | |
|---|---|
| 1 each. Celluar Phone. | 500.00 |
| 7 each. Maritime Charts. | 1,500.00 |
| 1 each. Vessel Registrations. | 10,000.00 |
| Several. Dive Logs needs to be replaced. | 50,000.00 |
| 1 each. Video Camera. | 800.00 |
| 1 each. Night Vision Scope. | 1,500.00 |
| 1 each. Binoculars. | 3000.00 |

NOT LISTED ON ANY SEIZURES.

BOAT EQUIPMENT.
Shackles, Deck Snaps, and Hardware. All Stanless Steal.              4000.00

DIVE GEAR.
2. Suites, Air tanks, Weight Belts, Communications Computer, Air Pumps, Hosing, Manifolds, Com System, lines, and assessors.              100,000.00

TOOLS.
Welder, Grinders, Cutting Torch, Wrenches, Vice, and assorted other tools.
                                                                    9000.00

2 each. Generators.                                                 3500.00

For a total of  $491,400.00

Douglas Tobin, also request that Interest on said items be issued since to Order of Return of Property on December 10, 2003, at the going Rate of 12% as the State would collect if it was Owed to the State.