10206 1/4/2008 00109

## CERTIFIED COPY



07-2-12633-9   28925117   DCLR   01-04-08

Judge D. Gary Steiner
Department 10

FILED
IN COUNTY CLERK'S OFFICE
JAN 04 2008
PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY

DOUGLAS TOBIN

        Plaintiff,

v.

STATE OF WASHINGTON, and PIERCE COUNTY

        Defendants.

NO. 07-2-12633-9

DECLARATION OF STACEY M. TOBIN

HEARBY DECLARES AS FOLLOWS:

I, STACEY M. TOBIN, make the following declaration under penalty of perjury:

1. I am over the age of 18 years, am competent to testify as a witness in this matter, and I make this declaration based upon my own knowledge and belief.

2. My home address is 1002 South State Street, Tacoma, Washington 98405

3. On January 16, 2004 I met with Washington State Fish and Wildlife Enforcement Officers William Jarmon and Charles Pudwill at a gas station located at the intersection of Union and Plum Streets in Olympia, Washington. The purpose of the meeting was for me to receive property seized from my father DOUGLAS TOBIN during a Fish and Wildlife investigation and the property was now being released.

DECLARATION OF STACEY M. TOBIN    1

OFFICE OF THE ATTORNEY GENERAL
1019 Pacific Avenue, 3rd Floor
Tacoma, WA 98402-4411
(253) 593-5243

Exhibit A-8
Page 202

10206 1/4/2008 00110

4. Because my father DOUGLAS TOBIN was incarcerated at the Washington State Department of Corrections, my father designated me to receive the property that was being released by the Washington State Fish and Wildlife Department.

5. On January 16, 2004 when I met with Jarmon and Pudwill I received all of the property listed on the "Property Inventory" form presented for my signature. The property was listed on one and one-half pages. The first item was "(2) Turq. Blue Sleep Bags" and the last item at the end of the second page "(1) green towel." The property I received and signed for is accurately shown attached to this declaration and listed as Exhibit A.

6. I did not receive any additional property that belonged to my father, DOUGLAS TOBIN, that was seized by the Washington State Department of Fish and Wildlife.

I declare under penalty of perjury under the laws of the State of Washington, that the above declaration is true and correct to the best of my knowledge:

DATED this 19 day of December, 2007.

Name: Stacey Tobin
Place: AGO Tacoma

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above entitled Court, do hereby certify that this foregoing instrument is a true and correct copy of the original now on file in my office. IN WITNESS WHEREOF, I hereunto set my hand and the Seal of said Court this ___ day of FEB 12 2009, 20 ___
Kevin _____ Deputy

DECLARATION OF STACEY M. TOBIN        2

OFFICE OF THE ATTORNEY GENERAL
1019 Pacific Avenue, 3rd Floor
Tacoma, WA 98402-4411
(253) 593-5243

10206  1/4/2008  00111

## PROOF OF SERVICE

I certify that I caused to be served a copy of this document on all parties or their counsel of record on the date below as follows:

- [X] US Mail Postage Prepaid via Consolidated Mail Service
- [ ] ABC/Legal Messenger
- [ ] State Campus Delivery
- [ ] Hand delivered by _____

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 3rd day of January, 2008 at Tumwater, WA.

_____
LAUREL B. DeFOREST

DECLARATION OF
STACEY TOBIN

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-8
Page 204

10286 1/4/2008 00112

# EXHIBIT A

10206. 1/4/2008 00113

4/0-CID

## PROPERTY INVENTORY (continuation sheet)

| CITATION/CASE # 01-0011 | NAME: TOBIN, DOUG | | |
|---|---|---|---|
| TAG | PROPERTY DESCRIPTION (Include Serial #) | LOCATION HELD | DISPOSITION |
| | (2) Turq. Blue Sleep Bags | | |
| | (2) Blu/Blk Coleman Sleep Bags | | |
| | (2) Red/Wht/Blu Pillows | | |
| | (1) Bedspread type quilt/Flowers | | |
| | (1) Dark Red/Blu quilt | | |
| | (1) Green Blanket | | |
| | (2) Tribal design quilts | | |
| | Throw pillows Seven (7) | | |
| | (2) Bed type pillows | | |
| | (1) Shave Kit | | |
| | (1) Columbia Boots | | |
| | (3) Coats | | |
| | (2) Pants | | |
| | (5) Shirts | | |
| | (10) Hats | | |
| | (1) Colt Brown Shoes | | |
| | (1) Coffee Maker (1) Teapot | | |
| | (1) Box - Misc Kitchen/food consumables | | |
| | (2) Bib Coveralls | | |
| | (1) Outback type Jacket | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____ DATE: 1/16/04

CHAIN OF CUSTODY: X W. R. Harmon JR. #55
X C. R. Blundell #54

01 /02

DISTRIBUTION OF COPIES:   WHITE = Storage Location   YELLOW = Captain   PINK = Headquarters

If item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.

EXHIBIT  A

Page ___ of ___ Pages

## PROPERTY INVENTORY (continuation sheet)

| CITATION/CASE # 01-0011 | | NAME: TOBIN, DOUG | |
|---|---|---|---|
| TAG | PROPERTY DESCRIPTION (Include Serial #) | LOCATION HELD | DISPOSITION |
| | (2) Feathers | | |
| | (1) Bead Medallion | | |
| | (3) Video tapes (damaged) | | |
| | (4) Pieces - Misc Underwear | | |
| | (1) Glasses Case | | |
| | (1) Bird Book | | |
| | (3) Bottles / Sky Blue | | |
| | (16) Cans / Sprite | | |
| | (1) Green towel | | |

I hereby acknowledge the receipt of the listed article(s) and that the listed article(s) are in the same condition as when seized.

SIGNED: _____ DATE: 1/10/04

CHAIN OF CUSTODY: X W. A. Shannon JR #55
X C.A. Shadwell #54

02 of 02

**DISTRIBUTION OF COPIES:**   WHITE = Storage Location   YELLOW = Captain   PINK = Headquarters

*If item is DESTROYED or RETURNED TO WATER, then the WHITE and PINK copy are forwarded to Headquarters.*

Page  of  Pages