CERTIFIED COPY

10206 1/4/2008 00099

07-2-12633-9  28925114  DCLR  01-04-08

FILED
IN COUNTY CLERK'S OFFICE

A.M. JAN 04 2008 P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY _____ DEPUTY

Judge D. Gary Steiner
Department 10

STATE OF WASHINGTON
PIERCE COUNTY SUPERIOR COURT

| | |
|---|---|
| DOUGLAS TOBIN, | NO. 07-2-12633-9 |
| Plaintiff, | |
| v. | DECLARATION OF PATRICIA C. FETTERLY |
| STATE OF WASHINGTON and PIERCE COUNTY, | |
| Defendants. | |

I, Patricia C. Fetterly, make the following declaration under penalty of perjury:

I am attorney for defendant State of Washington in this lawsuit. My business address is 7141 Clearwater Dr. S.W., P.O. Box 40126, Olympia, Washington 98504-0126. Attached hereto and incorporated herein as Exhibit A is a true and correct copy of the tort claim filed by plaintiff Douglas Tobin that preceded the filing of this lawsuit.

//

//

DECLARATION OF PATRICIA C. FETTERLY

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Clearwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-9
Page 208

10206 1/4/2008 00100

1 | Signed under penalty of perjury under the laws of the State of Washington at
2 | Tumwater, Washington this 6 day of December 2007.

*[signature]*
PATRICIA C. FETTERLY    WSBA #8425

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above
entitled Court, do hereby certify that this
foregoing instrument is a true and correct
copy of the original now on file in my office.
IN WITNESS WHEREOF, I hereunto set my
hand and the Seal of said County this
_____ day of _____, 20___
Kevin Stock, Clerk
By: _____, Deputy

DECLARATION OF PATRICIA C. FETTERLY    2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

10286 1/4/2008 00101

## PROOF OF SERVICE

I certify that I caused to be served a copy of this document on all parties or their counsel of record on the date below as follows:

- [x] US Mail Postage Prepaid via Consolidated Mail Service
- [ ] ABC/Legal Messenger
- [ ] State Campus Delivery
- [ ] Hand delivered by _____.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 3rd day of January, 2008 at Tumwater, WA.

_Laurel B. DeForest_
LAUREL B. DeFOREST

DECLARATION OF PATRICIA C. FETTERLY — 3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

10286 1/4/2008 00102

**STANDARD TORT CLAIM FORM**
General Liability Claim Form #SF 210

For Official Use Only

Pursuant to Chapter 4.92 RCW, this form is for filing a tort claim against the State of Washington. Information requested on this form is required by RCW 4.92.100 and may be subject to public disclosure. Claims involving accidents with vehicles operated by state employees should be filed on a Standard Vehicle Accident Claim Form (#SF 138), not this form. Claim forms cannot be submitted electronically (via e-mail or fax).

No.

Mail or deliver original claim to:

Office of Financial Management
Risk Management Division
300 General Administration Building
Post Office Box 41027, MS. 41027
Olympia, Washington 98504-1027

**CLAIMANT INFORMATION**

1. Claimant's name:

TOBIN        DOUGLAS, JOHN MARTIN,
Last name      First        Middle              Date of birth (mm/dd/yyyy)

2. Current residential address: 2321 Dayton Airport Rd. P.O. BOX 900

3. Mailing address (if different): _____

4. Residential address for six months prior to the date of the incident (if different from current address): _____

5. Claimant's daytime telephone number: _____
                                        Home                    Business

6. Claimant's e-mail address: _____

**INCIDENT INFORMATION**

7. Date of the incident: December 10, 2003  Time: 8:27  ☒ a.m. ☐ p.m. (check one)
   (mm/dd/yyyy)

8. If the incident occurred over a period of time, date of first and last occurrences:
   from _____ Time: ___ ☐a.m. ☐p.m. (check one) to _____, Time: ___ ☐a.m. ☐p.m. (check one)
   (mm/dd/yyyy)                                              (mm/dd/yyyy)

9. Location of incident: Pierce County/Vashion Island.
   State and county          City, if applicable          Place where occurred

10. If the incident occurred on a street or highway:

Name of street or highway        Milepost number        At the intersection with or nearest
                                                        intersecting street

11. State agency or department alleged responsible for damage/injury:

Pierce County Prosecutors Office.

12. Names, addresses, and telephone numbers of all persons involved in or witness to this incident:
Honorable Judge John A. McCarthy, Pierce County Prosecutor Tom L.
Moorem Allen Rassler, Attorney, and Douglas Tobin

**EXHIBIT  A**

13. Names, addresses and telephone numbers of all state employees having knowledge about this incident:
JUDGE JOHN A. MCCARTHY. 930 Tacoma Ave. S. RM535. Tacoma, WA.
(253) 798-7571.. Tom L. Moore. (253) 798-7400 (address same as judge)

14. Names, addresses and telephone numbers of all individuals not already identified in #12 and #13 above that have knowledge regarding the liability issues involved in this incident, or knowledge of the Claimant's resulting damages. Please include a brief description as to the nature and extent of each person's knowledge. Attach additional sheets if necessary.

15. Describe the cause of the injury or damages. Explain the extent of property loss or medical, physical or mental injuries. Attach additional sheets if necessary.

The Attached Pages of Seized Items by the State of Washington Where Ordered Returned to Douglas John/Martin Tobin. And the State of Washington has not complied with the Court Order. See Attached Order of December 10, 2003.

16. Has this incident been reported to law enforcement, safety or security personnel? If so, when and to whom?

The incident was done by the State of Washington. And was Reported to Prosecutor Tom L. Moore.

17. Names, addresses and telephone numbers of treating medical providers. Attach copies of all medical reports and billings.

18. Please attach documents which support the claim's allegations.

19. I claim damages from the State of Washington in the sum of $491,400.00

The Claimant must sign this claim form unless he or she is incapacitated, a minor, or a nonresident of the state, in which case it may be signed on behalf of the Claimant by any relative, attorney, or agent representing the Claimant.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signature of Claimant                           Date and place (residential address, city and county)

10206 1/4/2008 00104

01/12/2006 18:21 FAX 253 ███ 7309    PIERCE COUNTY PROS ATTY

20026 12/11/2002 00027

ORIGINAL

[Stamp: FILED DEPT. 11 IN OPEN COURT DEC 10 2002 Pierce County Clerk DEPUTY]

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

STATE OF WASHINGTON,
                    Plaintiff,    CAUSE NO. 02-1-05810-0
        vs.
DOUGLAS JOHN MARTIN TOBIN,        STIPULATION ON FORFEITURE OF PROPERTY
                    Defendant.

The State of Washington represented by Deputy Prosecutor Tom L. Moore and the defendant DOUGLAS JOHN MARTIN TOBIN represented by Attorney Allen Ressler enter into the following stipulation regarding the forfeiture of property, seized pursuant to a series of search warrants served on March 19th, 2002. The defendant was originally served with a Notice of Seizure and Intent to Forfeit Property on March 22nd, 2002, under cause number 02-1-01236-3. The State subsequently filed an Amended Information under this cause number charging the defendant with Leading Organized Crime.

The State and the Defendant reach the following agreement:
The State will release to the defendant or his representative:
    ~~One pair of binoculars~~ [initials]
1/7/03 ~~$850.00~~ seized from the defendant's person [initials]
    The State's lien on a 1969 Chevrolet Nova, license CV3982
    The State's hold on two bank accounts located at Bank of America, Fife Washington, #16492605 and #70439401
    Personal property found on the boat Typhoon to include, medicine bag, clothes, etc.

The rest of the property seized by the State will become the property of the State of Washington, Department of Fish and Wildlife, Statewide Enforcement Program. This includes all property listed in the (Attached) Notice of Intent to Forfeit, except that listed above, and any other property seized listed or not, to include: electronics on the boats seized, commercial fishing gear, and weapons.

prsecstipo.dr

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

10206 1/4/2008 00105

JAN-14-2004 WED 10:23 AM      STH STU MILL CREEK WH     425 318 ___ 24          P. 05
01/12/2004 10:21 FAX 253 798 7309    PIERCE COUNTY PROS ATTY                    ⌀004

28826 12/11/2008 08528

1  Todd L. Moore, DPA #17542

2
3  Allen Rosalez, Attorney for Defendant

4
5  Douglas John Martin Tobin

6
7  **COURT ORDER**

The Court being fully advised in this matter and having reviewed the Stipulation of the Parties,

8
9  **NOW THEREFORE**

10  ORDERS that the property listed above shall be forfeited to the State of Washington, Department of Fish and Wildlife, Statewide Enforcement Program, except that property that by Stipulation is to be returned to the defendant.

11
12  DONE IN OPEN COURT this __10__ day of December, 2003.

13
14                                Judge, John A. McCarthy

15
16
17
18
19
20
21
22
23
24
25

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

10286 1/4/2008 00106

PERSONAL INVENTORY SEIZED BY THE STATE OF WASHINGTON
FROM DOUGLAS JOHN MARTIN TOBIN.
INVENTORY LIST OF ITEMS SEIZED BY STATE OF WASHINGTON
AND NOT RETURNED PURSUANT COURT ORDER.

| ITEM | VALUE OF ITEM |
|---|---|
| 2 each. Turg Blue Sleeping Bags. | 900.00 |
| 2 each. Blu/Blk Coleman Sleeping Bages. | 300.00 |
| 2 each. Red/White pillows. | 200.00 |
| 1 each. Quilted Bed Spread | 400.00 |
| 1 each. Dark red/blue quilt. | 400.00 |
| 1 each. Green blanket. | 60.00 |
| 2 each. Tribal Quilts. | 600.00 |
| 7 each. Pillows miscellaneous. | 210.00 |
| 2 each. Bedroom pillows. | 180.00 |
| 1 each. Shave Kit. | 300.00 |
| 1 pair. Columbia Boots. | 80.00 |
| 3 each. Coats. | 600.00 |
| 2 pairs. Pants. | 120.00 |
| 5 each. Shirts | 150.00 |
| 10 each. Hats miscellaneous. | 150.00 |
| 1 each. Colt Brown Shoes. | 400.00 |
| 1 each. Coffee Maker/tea pot. | 100.00 |
| 2 each. Bib Coveralls. | 340.00 |
| 1 each. Outback Jacket. | 300.00 |
| 2 each. Eagle Feathers. (blessed by elders priceless) | 100.000.00 |
| 1 each. Medicine Bag. (gift from elders priceless) | 100.000.00 |
| 100 each. Movies VHS/DISC | 1.200.00 |
| 1 each. Glass case. | 1.700.00 |
| 1 each. Bird Guide Book. | 140.00 |
| 1 each. Garman GPS map 220 Plotter. | 1.500.00 |
| 1 set. Marine Log Sheet (can't be replaced) needs to be re-created or found for Maritime Law, and Maritime use. | 100.000.00 |

Miscellaneous Personal Papers, need to be Found and Returned.

| | |
|---|---:|
| 1 each. Celluar Phone. | 500.00 |
| 7 each. Maritime Charts. | 1,500.00 |
| 1 each. Vessel Registrations. | 10,000.00 |
| Several. Dive Logs needs to be replaced. | 50,000.00 |
| 1 each. Video Camera. | 800.00 |
| 1 each. Night Vision Scope. | 1,500.00 |
| 1 each. Binoculars. | 3000.00 |

NOT LISTED ON ANY SEIZURES.

BOAT EQUIPMENT.
Shackles, Deck Snaps, and Hardware. All Stanless Steal.          4000.00

DIVE GEAR.
2. Suites, Air tanks, Weight Belts, Communications Computer, Air Pumps, Hosing, Manifolds, Com System, lines, and assessors.          100,000.00

TOOLS.
Welder, Grinders, Cutting Torch, Wrenches, Vice, and assorted other tools.
                                                                9000.00

2 each. Generators.                                             3500.00.

For a total of $491,400.00

Douglas Tobin, also request that Interest on said items be issued since to Order of Return of Property on December 10, 2003, at the going Rate of 12% as the State would collect if it was Owed to the State.

10286 1/4/2008 00108

Douglas John Martin Tobin #253648
Washington Correction Center
P.O. BOX 900 Cedar A-12
Shelton, WA 98584

2007 APR -9 A 4:43
RISK MANAGEMENT
DIVISION

TACOMA - OLYMPI[...]
WA 983
05 APR 2007 PM

INCOMING 04/06/2007 04:06

OFFICE OF RISK FINANCIAL MANAGEMENT
RISK MANAGEMENT DIVISION
300 GENERAL ADMINISTRATION BUILDING
P.O. BOX 41027  MS: 41027
Olympia, Washington 98504-1027

98504+1027