**CERTIFIED COPY**

10955 1/24/2008 00058



07-2-12633-9   29039488   DCLR   01-23-08

FILED
IN COUNTY CLERK'S OFFICE

A.M. JAN 2 3 2008 P.M.

PIERCE COUNTY WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

Judge D. Gary Steiner
Department 10

## STATE OF WASHINGTON
## PIERCE COUNTY SUPERIOR COURT

| | |
|---|---|
| DOUGLAS TOBIN, | NO. 07-2-12633-9 |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF PATRICIA C. FETTERLY |
| v. | |
| STATE OF WASHINGTON and PIERCE COUNTY, | |
| Defendants. | |

I declare under penalty of perjury under the laws of the State of Washington that the above declaration is true and correct.

I am attorney for the defendant State of Washington in this matter. After this action was commenced I received discovery requests from plaintiff. In these requests plaintiff sought copies of all search warrants issued related to his prosecution by various governmental entities. I responded and produced a copy of the "Search Warrant for Fruits, Instrumentalities and/or Evidence of Crime" dated March 15, 2002 issued by Judge Katherine Stoltz of the Pierce County Superior Court. A copy of this search warrant is attached as Exhibit C to the

SUPPLEMENTAL DECLARATION OF
PATRICIA C. FETTERLY

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Declaration of Tom L. Moore filed in support of the motion for summary judgment of the State of Washington.

Attached hereto as Exhibit A is a copy of the bench warrant issued for the arrest of plaintiff Douglas Tobin in Pierce County Superior Court Cause No. 02-1-01236-3 dated March 18, 2002.

DATED this 18 day of January 2008 at Tumwater, Washington.

_____
PATRICIA C. FETTERLY

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above entitled Court, do hereby certify that this foregoing instrument is a true and correct copy of the original now on file in my office. IN WITNESS WHEREOF, I hereunto set my hand and the Seal of said Court this ___ day of FEB 12 2009, 20___
Kevin Stock, Clerk
By _____ Deputy

SUPPLEMENTAL DECLARATION OF            2            ATTORNEY GENERAL OF WASHINGTON
PATRICIA C. FETTERLY                                 Torts Division
                                                     7141 Cleanwater Drive SW
                                                     PO Box 40126
                                                     Olympia, WA 98504-0126
                                                     (360) 586-6300

## PROOF OF SERVICE

I certify that I caused to be served a copy of this document on all parties or their counsel of record on the date below as follows:

- [x] US Mail Postage Prepaid via Consolidated Mail Service
- [ ] ABC/Legal Messenger
- [ ] State Campus Delivery
- [ ] Hand delivered by _____.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 22nd day of January, 2008, at Tumwater, WA.

_____
LAUREL B. DeFOREST

SUPPLEMENTAL DECLARATION OF          3          ATTORNEY GENERAL OF WASHINGTON
PATRICIA C. FETTERLY                              Torts Division
                                                  7141 Cleanwater Drive SW
                                                  PO Box 40126
                                                  Olympia, WA 98504-0126
                                                  (360) 586-6300

Exhibit A-10
Page 220

10955 1/24/2008 00061

# EXHIBIT A

```
10955 1/24/2008 00062
3/28/2002 1833 99214
```

FILED
IN COUNTY CLERK'S OFFICE

A.M. MAR 1 8 2002

PIERCE COU.
BOB SAN SOUC
BY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF PIERCE

| STATE OF WASHINGTON, | |
|---|---|
| Plaintiff, | CAUSE NO. 02-1-01236-3 |
| vs. | BENCH WARRANT |
| DOUGLAS JOHN MARTIN TOBIN, | |
| Defendant. | |

TO ALL PEACE OFFICERS IN THE STATE OF WASHINGTON, GREETINGS:

WHEREAS, an order of court has been entered directing the Clerk of the above entitled court to issue a warrant for the arrest of the above named defendant DOUGLAS JOHN MARTIN TOBIN

SEX M; RACE W; EYES BRO; WEIGHT 265; HEIGHT 6'1"; DATE OF BIRTH 04/27/52; POLICE AGENCY WA0WSFG; DATE OF VIOLATION 06/09/01 to 03/18/02; POLICE AGENCY CASE NO. 01-001-1003;

You are hereby commanded to forthwith arrest the said DOUGLAS JOHN MARTIN TOBIN, for the crime(s) of LEADING ORGANIZED CRIME, TRAFFICKING IN STOLEN PROPERTY IN THE FIRST DEGREE (8 COUNTS), THEFT IN THE FIRST DEGREE (12 COUNTS), UNLAWFUL TRAFFICKING IN FISH OR WILDLIFE IN THE FIRST DEGREE (5 COUNTS), UNLAWFULLY ENGAGE IN FISH DEALING ACTIVITY WITHOUT A LICENSE IN THE FIRST DEGREE, VIOLATION OF COMMERCIAL FISHING AREA IN THE SECOND DEGREE, POSSESSING OR SELLING SHELLFISH WITHOUT CERTIFICATE OF APPROVAL (12 COUNTS), and CONSPIRACY TO COMMIT THEFT IN THE FIRST DEGREE, and bring said defendant into court to be dealt with according to law. Bail is fixed at $530,000.00

WITNESS THE HONORABLE KATHERINE M. STOLZ
Judge of the said court and seal thereof affixed
This 18 day of March, 2002.

BOB SAN SOUCIE
Interim Clerk of the Superior Court

By _____
Deputy

STATE OF WASHINGTON  )
                     ) ss.
County of Pierce     )

This is to certify that I received the within bench warrant on the _____ day of _____, _____, and by virtue thereof on the _____ day of _____, _____, I arrested the within named defendant, _____, and now have defendant in full custody.

____Local ____WACIC ____NCIC
Warrant Service Fee $15/Return Fee $5/Mileage $_____ /TOTAL $_____
amp

PEACE OFFICER

Office of Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400