CERTIFIED COPY

11329 2/1/2008 00141



07-2-12633-9   29102557   RPY   02-01-08

FILED
IN COUNTY CLERK'S OFFICE

A.M. JAN 3 1 2008 P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

Judge D. Gary Steiner
Department 10
Noted For: February 8, 2008

## STATE OF WASHINGTON
## PIERCE COUNTY SUPERIOR COURT

| | |
|---|---|
| DOUGLAS TOBIN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON and PIERCE COUNTY,<br><br>Defendants. | NO. 07-2-12633-9<br><br>REPLY TO RESPONSE OF PLAINTIFF TO DEFENDANT STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT |

Comes now defendant State of Washington by and through its attorneys undersigned and makes the following reply to plaintiff's response to the motion for summary judgment filed herein by defendant State of Washington.

1. Defendant State of Washington admits that the Stipulation entered between plaintiff and the State of Washington in Pierce County Cause No. 02-1-05810-0 constitutes a written contract between the plaintiff and defendant State of Washington. However, the six year statute of limitations applicable to breach of contract actions does not apply in this case. The more specific statute concerning the time limit to bring an action to recover forfeited property which applies is a two year statute of limitations applies. RCW4.16.100. Since

REPLY TO RESPONSE OF PLAINTIFF
TO DEFENDANT STATE OF
WASHINGTON'S MOTION FOR
SUMMARY JUDGMENT

1



ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-13
Page 236

plaintiff's claims in this lawsuit concern the alleged wrongful forfeiture of property to the State of Washington, the two year statute of limitations set forth in RCW 4.16.100 applies to this action.

2.  The Stipulation filed in Pierce County Cause No. 02-1-05810-0 expressly references to both Cause No. 02-1-05810-0 and Pierce County Cause No. 02-1-01236-3, criminal proceedings which both arose out of the investigation conducted by Washington State Department of Fish and Wildlife agents that culminated in plaintiff's arrest on March 18, 2002 and seizure of property covered by the search warrant issued several days prior to his arrest. By its express terms, the Stipulation provided that all property not expressly covered by the stipulation was to be forfeited to the State of Washington. See Appendix A. See Declaration of Tom L. Moore.

3.  Plaintiff's claim that he did not receive all items he was entitled to receive does not raise an issue of material fact. There is no admissible evidence that he did not receive the property he was entitled to receive pursuant to the December 10, 2003 Stipulation. To the contrary his designated representative acknowledges receipt of the majority of the items covered by the Stipulation. See Declaration of Stacey Tobin. All other items covered by the Stipulation were returned to plaintiff's designated representative. See Declaration of Tom L. Moore.

4.  Defendant State of Washington incorporates the arguments set forth in its Reply dated January 18, 2008 which it filed in response to plaintiff's memorandum in support of what

REPLY TO RESPONSE OF PLAINTIFF
TO DEFENDANT STATE OF
WASHINGTON'S MOTION FOR
SUMMARY JUDGMENT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

he entitled his motion for summary judgment, dated December 23, 2007. A pleading which has not been noted for hearing and is not properly before the court.[1]

Respectfully submitted this 29 day of January 2008.

ROBERT M. MCKENNA
Attorney General

PATRICIA FETTERLY, WSBA No. 8425
Assistant Attorney General

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above entitled Court, do hereby certify that this foregoing instrument is a true and correct copy of the original now on file in my office. IN WITNESS WHEREOF, I hereunto set my hand and the Seal of said Court this ___ day of FEB 12 2009, 20 ___
By: Kevin Stock /s/ _____ Deputy

---

[1] Following service of the state's motion for summary judgment dated December 21, 2007, plaintiff filed a pleading which he entitled a "motion for summary judgment" which was not noted for hearing, but appeared to address issues raised in the state's motion. Since this pleading was received after the state filed it's motion, the state treated it as a response to it's summary judgment motion and filed a reply dated January 18, 2008. Thereafter on January 28, 2008 the state received a pleading entitled "Response to Defendant's Summary Judgment." The state incorporates the arguments set forth in it's reply dated January 18, 2008 with this reply.

| REPLY TO RESPONSE OF PLAINTIFF TO DEFENDANT STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT | 3 | ATTORNEY GENERAL OF WASHINGTON<br>Torts Division<br>7141 Cleanwater Drive SW<br>PO Box 40126<br>Olympia, WA 98504-0126<br>(360) 586-6300 |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I certify that I caused to be served a copy of this document on all parties or their counsel of |
| 3 | record on the date below as follows: |
| 4 | ☒ US Mail Postage Prepaid via Consolidated Mail Service |
| 5 | ☐ ABC/Legal Messenger |
| 6 | ☐ State Campus Delivery |
| 7 | ☐ Hand delivered by _____ . |
| 8 | I certify under penalty of perjury under the laws of the state of Washington that the |
| 9 | foregoing is true and correct. |
| 10 | DATED this 27th day of January, 2008, at Tumwater, WA. |

*Laurel B. DeForest*
LAUREL B. DeFOREST

REPLY TO RESPONSE OF PLAINTIFF    4
TO DEFENDANT STATE OF
WASHINGTON'S MOTION FOR
SUMMARY JUDGMENT

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

11329 2/1/2008 00145

# APPENDIX A

ORIGINAL

*FILED*
*DEPT. 11*
*IN OPEN COURT*
*DEC 10 2003*
*Pierce County Clerk*
*By........ DEPUTY*

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| STATE OF WASHINGTON, | |
|---|---|
| Plaintiff, | CAUSE NO. 02-1-05810-0 |
| vs. | |
| DOUGLAS JOHN MARTIN TOBIN, | STIPULATION ON FORFEITURE OF PROPERTY |
| Defendant. | |

The State of Washington represented by Deputy Prosecutor Tom L. Moore and the defendant DOUGLAS JOHN MARTIN TOBIN represented by Attorney Allen Ressler enter into the following stipulation regarding the forfeiture of property, seized pursuant to a series of search warrants served on March 18th, 2002. The defendant was originally served with a Notice of Seizure and Intent to Forfeit Property on March 22nd, 2002, under cause number 02-1-01236-3. The State subsequently filed an Amended Information under this cause number charging the defendant with Leading Organized Crime.

The State and the Defendant reach the following agreement:
The State will release to the defendant or his representative:
~~One pair of binoculars~~
~~$850.00~~ seized from the defendant's person
The State's lien on a 1969 Chevrolet Nova, license CV3982
The State's hold on two bank accounts located at Bank of America, Fife Washington, #16492605 and #70458401
Personal property found on the boat Typhoon to include, medicine bag, clothes, etc.

The rest of the property seized by the State will become the property of the State of Washington, Department of Fish and Wildlife, Statewide Enforcement Program. This includes all property listed in the (Attached) Notice of Intent to Forfeit, except that listed above, and any other property seized listed or not, to include: electronics on the boats seized, commercial fishing gear, and weapons.

gencaption.dot

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400

Exhibit A-13
Page 241

1  Tom L. Moore, DPA, #17542

3  Allen Ressler, Attorney for Defendant

5  Douglas John Martin Tobin

## COURT ORDER

The Court being fully advised in this matter and having reviewed the Stipulation of the Parties.

NOW HEREFORE

ORDERS that the property listed above shall be forfeited to the State of Washington, Department of Fish and Wildlife, Statewide Enforcement Program, except that property that by Stipulation is to be returned to the defendant.

DONE IN OPEN COURT this _16_ day of December, 2003.

_____
Judge, John A. MCCarthy

gencaption.dot

Office of the Prosecuting Attorney
930 Tacoma Avenue South, Room 946
Tacoma, Washington 98402-2171
Main Office: (253) 798-7400