**CERTIFIED COPY**

12024 2/20/2008 00051



07-2-12633-9   29201644   ORGSJ   02-19-08

FILED
DEPT. 10
IN OPEN COURT

FEB 15 2008

Pierce County Clerk
By _____ DEPUTY
Judge D. Gary Steiner
Department 10
Noted For: February 15, 2008

## STATE OF WASHINGTON
## PIERCE COUNTY SUPERIOR COURT

| | |
|---|---|
| DOUGLAS TOBIN, | NO. 07-2-12633-9 |
| Plaintiff, | ORDER GRANTING DEFENDANT STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| STATE OF WASHINGTON and PIERCE COUNTY, | |
| Defendants. | |

THIS MATTER having come before the Court on the motion of defendant State of Washington, for summary judgment dismissal pursuant to Civil Rule 56 and the defendant being represented by its attorneys of record, Robert M. McKenna, Attorney General, and Assistant Attorney General Patricia C. Fetterly and the plaintiff appearing his attorney Kenneth S Kessler by and through ~~_~~ and the Court having considered the records and files herein, including:

1. Declaration of Charles Pudwill with Exhibits A-D;
2. Declaration of William Jarmon Jr. with Exhibits A-C;
3. Declaration of Tom L. Moore with Exhibits A-I;

ORDER GRANTING DEFENDANT
STATE OF WASHINGTON'S MOTION
FOR SUMMARY JUDGMENT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Exhibit A-14
Page 243

12024 2/20/2008 00052

1. 4. Declaration of Stacey M. Tobin with Exhibit A;
2. 5. Declaration of Patricia C. Fetterly with Exhibit A;

and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY

ORDERED ADJUDGED AND DECREED that defendant's State of Washington Motion for Summary Judgment is GRANTED and the plaintiff's complaint is hereby dismissed with prejudice as to defendant State of Washington.

DONE IN OPEN COURT this 15 day of February, 2008.

THE HONORABLE D. GARY STEINER

FILED
DEPT. 10
IN OPEN COURT
FEB 15 '08
Pierce County Clerk
By _____ DEPUTY

Presented by:
ROBERT M. MCKENNA
Attorney General

PATRICIA C. FETTERLY WSBA#8425
Assistant Attorney General
Attorney for State Defendants

Approved as to Form
Kenneth S Kessler # 4721

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above entitled Court, do hereby certify that this foregoing instrument is a true and correct copy of the original now on file in my office. IN WITNESS WHEREOF, I hereunto set my hand and the Seal of said Court this ___ day of FEB 12 2009, 20 ___
Kevin Stock
By _____ Deputy

ORDER GRANTING DEFENDANT
STATE OF WASHINGTON'S MOTION
FOR SUMMARY JUDGMENT

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300