

07-2-12633-9   29374693   NACA   03-17-08

**CERTIFIED COPY**

FILED
IN COUNTY CLERK'S OFFICE

A.M. **MAR 1 4 2008** P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

__SUPERIOR__ COURT OF WASHINGTON
IN AND FOR __PIERCE COUNTY__ COUNTY

| | | |
|---|---|---|
| DOUGLAS TOBIN, | ) | No. 07-2-12633-9 |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Notice of Appeal to |
| | ) | Court of Appeals |
| STATE OF WASHINGTON | ) | (RAP 5.2) |
| Defendant | ) | [Within 30 days To Trial Court] |

I, __Douglas Tibin__ __Plaintiff__ Pro Se, pursuant to RAP 5.2, seeks review by the designated appellate Court of the: __Division II, at Tacoma, Washington__ __950 Broadway, Suite 300.__,

Entered on __15th__ day of __February__, __2008__.

A copy of the decision is attached to this notice, as (APPENDIX-A)

__12th day of March 2008__
Date

_____
Signature
__Douglas J Tobin__
Print/Type Name
__Washington Correction Center__
Institution
__P.O. Box 900__
Address
__Shelton        WA.       98584__
City       State       Zip

Law Library - Notice of Appeal 14 SC.doc Page 1 of 2

## IDENTIFICATION OF PARTIES AND ADDRESSES

| CLERK OF THE PIERCE COUNTY COURT | OFFICE OF WASHINGTON ATTORNEY GENERAL |
|---|---|
| 930 Tacoma Avenue South | Patricia M. McKenna |
| Tacoma, Washington 98402 | P.O. BOX 40126 |
|  | 7141 Cleanwater Drvie SW |
|  | Olympia, Washington 98504 |
| DOUGLAS TOBIN   #253648 | HONORABLE JUDGE GARY STEINER |
| Washington correction center | PIERCE COUNTY SUPERIOR COURT |
| P.O. BOX 900, Cedar A-12 | DEPARTMENT 10 |
| Shelton, Washington  98584 | 930 Tacoma Avenue South |
|  | Tacoma, Washington 98402 |

Case 3:08-cv-05591-RJB   Document 13-16   Filed 02/18/09   Page 3 of 5

13202 3/17/2008 00031

## NOTICE ISSUE AND SEPARATION OF DEFENDANTS.

Plaintiff is Appealing the Decision of Judge Steiner. Entered on February 15th 2008, dismissed Half the Parties from the Action. That the Appeal is for (1) Party; State of Washington. In which Judge Steiner Dismissed the Action against Only the Defendant State of Washington.

Further issue, is that the Court Never Notified Plaintiff, or Plaintiff's Counsel of the Decision of Judge Steiner. Plaintiff had to learn of the decision by a private individual. Who went to the Court and paid for a Copy.

Law Library - Notice of Appeal 14 SC.doc Page 3

STATE OF WASHINGTON, County of Pierce
ss: I, Kevin Stock, Clerk of the above entitled Court, do hereby certify that this foregoing instrument is a true and correct copy of the original now on file in my office. IN WITNESS WHEREOF, I hereunto set my hand and the Seal of said Court this _____ day of FEB 12 2009, 20 _____
Kevin S_____
By: _____, Deputy

Exhibit A-15
Page 247

12824 2/28/2008 08351

FILED
DEPT. 10
IN OPEN COURT

FEB 15 2008

Pierce County Clerk
By _____

Judge D. Gary Steiner
Department 10
Noted For: February 15, 2008

## STATE OF WASHINGTON
## PIERCE COUNTY SUPERIOR COURT

| | |
|---|---|
| DOUGLAS TOBIN, | NO. 07-2-12633-9 |
| Plaintiff, | ORDER GRANTING DEFENDANT STATE OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| STATE OF WASHINGTON and PIERCE COUNTY, | |
| Defendants. | |

THIS MATTER having come before the Court on the motion of defendant State of Washington, for summary judgment dismissal pursuant to Civil Rule 56 and the defendant being represented by its attorneys of record, Robert M. McKenna, Attorney General, and Assistant Attorney General Patricia C. Fetterly and the plaintiff appearing his attorney Kenners S Kessler and the Court having considered the records and files herein, including:

1. Declaration of Charles Pudwill with Exhibits A-D;
2. Declaration of William Jarmon Jr. with Exhibits A-C;
3. Declaration of Tom L. Moore with Exhibits A-I;

ORDER GRANTING DEFENDANT
STATE OF WASHINGTON'S MOTION
FOR SUMMARY JUDGMENT

CERTIFIED COPY

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

```
13282  3/17/2008  00033

12024  2/28/2008  00052
```

4. Declaration of Stacey M. Tobin with Exhibit A;

5. Declaration of Patricia C. Fetterly with Exhibit A;

and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY

ORDERED AJUDGED AND DECREED that defendant's State of Washington Motion for Summary Judgment is GRANTED and the plaintiff's complaint is hereby dismissed with prejudice as to defendant State of Washington.

DONE IN OPEN COURT this ___15___ day of February, 2008.

THE HONORABLE D. GARY STEINER

FILED
DEPT. 10
IN OPEN COURT
FEB 15 2008
Pierce County Clerk
By _____ DEPUTY

Presented by:
ROBERT M. MCKENNA
Attorney General

PATRICIA C. FETTERLY WSBA#8425
Assistant Attorney General
Attorney for State Defendants

Approved as to Form _____
Kenneth S Kessler # 4721

ORDER GRANTING DEFENDANT  
STATE OF WASHINGTON'S MOTION  
FOR SUMMARY JUDGMENT

2

ATTORNEY GENERAL OF WASHINGTON  
Torts Division  
7141 Cleanwater Drive SW  
PO Box 40126  
Olympia, WA 98504-0126  
(360) 586-6300