UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS JOHN MARTIN TOBIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON, and PIERCE COUNTY,<br><br>　　　　Defendants. | Case No. C08-5591 RJB/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 17. The Court has reviewed the Report and Recommendation, Objections to the Report and Recommendation, and the remaining record.

On October 2, 2008, Plaintiff filed this action pursuant to 42 U.S.C. § 1983. Dkt. 1. On April 2, 2009, a Report and Recommendation was filed recommending dismissal of the State of Washington with prejudice. Dkt. 17. The basis for the dismissal is *res judicata* and Eleventh Amendment immunity. *Id*. The facts of this case are set out in the Report and Recommendation and are adopted here by reference.

On April 13, 2009, Plaintiff filed Objections to the Report and Recommendation, initially complaining that he was not given adequate time to respond. Dkt. 20. This objection does not provide a basis to reject the Report and Recommendation because Plaintiff did, in fact, file lengthy objections, and on April 28, 2009, filed an additional pleading entitled "Response of Plaintiff." Dkts. 20 and 22.

ORDER - 1

1       Plaintiff then objects to reference in the Report and Recommendation to another Report and Recommendation (Dkt. 23), noted for June 5, 2009, that recommends dismissal of Defendant Pierce County for failure to properly serve it. Dkt. 20. Plaintiff argues that he is still awaiting his "Server to return the Affidavit of Personal Service." *Id.* This objection does not provide a basis for rejection of the now pending Report and Recommendation. The issue of the service of process on Pierce County is not presently before the Court.

      Plaintiff argues that the Report and Recommendation inaccurately stated that "Plaintiff received all his Property," (Dkt. 20, at 2), and that "the restitution in this case was to be split with the tribes" (Dkt. 20, at 3). Plaintiff fails to explain why the Report and Recommendation should not be adopted even if his assertions are true. Plaintiff reargues that a § 1983 action is properly made against the State of Washington. Dkt. 20. Plaintiff fails to provide an authority for his assertion. Plaintiff fails to make any showing that the State of Washington waived its Eleventh immunity.

      In Plaintiff's "Response of Plaintiff," he objects to consideration of the State of Washington's Response to his Objections because it is an "unauthorized pleading." Dkt. 22. Plaintiff does not cite to any authority for this proposition. Plaintiff argues that the "Defendants use the Judge's Findings to make a defense after the Judge told them of that Defense, namely the Eleventh Amendment." *Id.,* at 2. Plaintiff fails to show why this is grounds to reject the Report and Recommendation. Plaintiff's objections are without merit. He makes no showing that the Report and Recommendation should not be adopted.

      Accordingly, the Court does hereby find and **ORDER**:

    (1)     The Court **ADOPTS** the Report and Recommendation (Dkt. 17);

    (2)     Plaintiff's claims against the State of Washington are **DISMISSED WITH PREJUDICE**; and

    (3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. J. Richard Creatura.

ORDER - 2

DATED this 11th day of May, 2009.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER - 3