# United States District Court

### WESTERN DISTRICT OF WASHINGTON

DOUGLAS JOHN MARTIN TOBIN

v.

STATE OF WASHINGTON et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-5591RJB-JRC

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_X\_\_  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.  The Court **ADOPTS** the Report and Recommendation (Dkt. 17);

2.  Plaintiff's claims against the State of Washington are **DISMISSED WITH PREJUDICE**.

| May 13, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |

| | Jennie L. Patton |
|---|---|
| | Deputy Clerk |