AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOUGLAS JOHN MARTIN TOBIN

      v.

STATE OF WASHINGTON AND PIERCE COUNTY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C-08-5591RJB-JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation (Dkt. 23);

2. Pierce County is **DISMISSED WITHOUT PREJUDICE** from this action for the reasons set forth in the Report and Recommendation.


    June 9, 2009                                                     BRUCE RIFKIN
                                                                                        Clerk

                                                                                   /s/ Jennie L. Patton
                                                                                      Deputy Clerk